

# Wellness Recruit

1 message

**Mark Cohen** <mark.cohen@generalhealthgroup.com>  Fri, Mar 10, 2023 at 12:14 PM
To: Brenda Lopez <bwaddy16@gmail.com>
Cc: Michel <michelneret@usa.net>

Hi Brenda

Attached are resumes for the tester position;

Let me know which you hand pick and interview so that you and wendy can have a final call with them and get their expectations;

There will be many more to come;



## Mark Cohen

Operations & Strategy Director

GeneralHealth Group Inc

917-789-5058

mark.cohen@generalhealthgroup.com

www.generalhealthgroup.com

244 5th Ave, New York, NY 10001, United States

---

**9 attachments**

- 📄 **ResumeAngelaHasty.pdf**
  105K

- 📄 **ResumeDustinWratten.pdf**
  77K

- 📄 **ResumeKelseyNichols.pdf**
  93K

- 📄 **ResumeBrandiRucker.pdf**
  103K

- 📄 **ResumeLeandraGarcia.pdf**
  90K

- 📄 **ResumeKylunMitchell.pdf**
  67K

- 📄 **ResumeHeatherKelly.pdf**
  63K

- 📄 **ResumeKennedieMartinez-Flores.pdf**
  59K

- 📄 **ResumeKeibaneshaBrinkley.pdf**
  99K



# IT Setup
6 messages

**Mark Cohen** <mark.cohen@generalhealthgroup.com>  Thu, Feb 2, 2023 at 10:24 AM
To: Brenda Lopez <bwaddy16@gmail.com>
Cc: Arthur Thompson <arthur@generalhealthgroup.com>, melramirez90@icloud.com, smnthrocha@yahoo.com, Mark Cohen <mark.cohen@generalhealthgroup.com>
Bcc: Michel <michelneret@usa.net>

Good Morning Brenda, Samantha and Melissa,

I hope you're having a beautiful day;

Arthur will reach out to you to install the IT remote setup on all the PCs throughout the clinic. This will give Arthur and his team a better understanding as to how the overall IT infrastructure works and what softwares are in play.

Once that analysis is complete, our third party IT provider will be setting their secure "tentacles" into all the computers and the helpdesk will be activated over a period of time.

The new phones (which are the most modern including video chat along the entire organization) will be shipped out to you over the next week or so and those are simple plug and play physical phones.

If you have any questions regarding the above, don't hesitate to reach out to me or Arthur.

**Mark Cohen**
Operations & Strategy Director
GeneralHealth Group Inc

917-789-5058
mark.cohen@generalhealthgroup.com
www.generalhealthgroup.com
244 5th Ave, New York, NY 10001, United States


Sender notified by
Mailtrack

---

**Brenda Waddy** <bwaddy16@gmail.com>  Thu, Feb 2, 2023 at 7:41 PM
To: Mark Cohen <mark.cohen@generalhealthgroup.com>
Cc: Arthur Thompson <arthur@generalhealthgroup.com>

Hi Mark,

Will the new phones be shipped to the Bay City office or will they be shipped to both offices?  Also, will the phones be connected to our current phone provider or is there a new phone provider that we will be using?

Thank you,
Brenda Waddy

Office Manager



1809 Merlin Street     54 Flag Lake Plaza

Bay City, TX 77414 Lake Jackson, TX 77566

979-244-2007
979-244-1991 Fax
www.neretmedical.com

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error, please notify the system manager. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of the organization. Finally, the recipient should check this email and any attachments for the presence of viruses. The organization accepts no liability for any damage caused by any virus transmitted by this email.

[Quoted text hidden]

---

**Mark Cohen** <mark.cohen@generalhealthgroup.com>     Thu, Feb 2, 2023 at 11:05 PM
To: Brenda Waddy <bwaddy16@gmail.com>
Cc: Arthur Thompson <arthur@generalhealthgroup.com>

Hi Brenda,

The phones will be GoTo provided and the numbers that you use now will be ported by GoTo.

They will be shipped to both offices.

How many phones in each office total do we genuinely use?



Sender notified by
Mailtrack

[Quoted text hidden]

---

**Brenda Waddy** <bwaddy16@gmail.com>     Fri, Feb 3, 2023 at 12:46 AM
To: Mark Cohen <mark.cohen@generalhealthgroup.com>
Cc: Arthur Thompson <arthur@generalhealthgroup.com>

Hi Mark,

We currently use GoTo as well. We have 11 desk phones at the Bay City office and 10 desk phones at the Lake Jackson office. Unfortunately, not all of the phones are being used, 3 of the lines are used by our virtual assistants.

Not sure if Dr. Neret has given you the phone and fax numbers for both offices, but I wanted to include them in this email.

979-244-2007 - Bay City Office
979-244-2009 - Bay City Office
979-244-1991 - Bay City Fax

979-417-2244 - Lake Jackson Office
979-417-2255 - Lake Jackson Fax

I know that the Lake Jackson fax number was connected to an email. I did try to remove it from the email address, due to there were so many faxes coming in and not being checked, so I connected the fax number to our EMR, but still receiving

some faxes through the email.

These are the locations where we have the phones located in both offices:

**Bay City**
Front Desk 1
Front Desk 2
Nurse Station 1
Nurse Station 2 - not being used
Lab - desk phone not being used, virtual assistant uses the extension on app
TeleMed/Ins Approval
TeleMed 2 - desk phone not being used, virtual assistant uses the extension on app
TeleMed 3 - NP uses desk phone, extension is used for the on-call line after hours
Office Manager
Wellness Room - not being used
Infusion Room

**Lake Jackson**
Front Desk 1
Front Desk 2
Nurse Station 1
Nurse Station 2 - not being used
Procedure Room - not being used
Lab - not being used
TeleMed - not being used
Infusion Room - not being used
Assistant - desk phone not being used, virtual assistant uses the extension app
Conference Room


Hope this information helps with the set up. If IT needs any help from me to set up all the computers and phones at both offices, please don't hesitate to reach out to me.


Thank you,
Brenda Waddy
Office Manager



1809 Merlin Street        54 Flag Lake Plaza
Bay City, TX 77414  Lake Jackson, TX 77566

979-244-2007
979-244-1991 Fax
www.neretmedical.com

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error, please notify the system manager. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of the organization. Finally, the recipient should check this email and any attachments for the presence of viruses. The organization accepts no liability for any damage caused by any virus transmitted by this email.


> On Feb 2, 2023, at 10:05 PM, Mark Cohen <mark.cohen@generalhealthgroup.com> wrote:
>
> Hi Brenda,

The phones will be GoTo provided and the numbers that you use now will be ported by GoTo.

They will be shipped to both offices.

How many phones in each office total do we genuinely use?



Sender notified by
Mailtrack

On Thu, Feb 2, 2023 at 7:41 PM Brenda Waddy <bwaddy16@gmail.com> wrote:
> Hi Mark,
>
> Will the new phones be shipped to the Bay City office or will they be shipped to both offices? Also, will the phones be connected to our current phone provider or is there a new phone provider that we will be using?
>
>
> Thank you,
> Brenda Waddy
> Office Manager
>
> [Quoted text hidden]
> [Quoted text hidden]

---

**Arthur Thompson** <arthur@generalhealthgroup.com>       Thu, Feb 9, 2023 at 9:15 AM
To: Brenda Waddy <bwaddy16@gmail.com>
Cc: Mark Cohen <mark.cohen@generalhealthgroup.com>

Hi Brenda,

How many computers/laptops, and local servers do we have at both clinics?

I want you to install this software on each computer.

ZohoAssist Link

1. Download the software using this link.
2. Install it when once it's downloaded.
3. You'll see a little icon on the right side, So that's successfully installed.

Using this software, my team and I can help you guys remotely solve IT-related problems.

Thanks,

[Quoted text hidden]
--



**Arthur Thompson**
IT & Communications Director
GeneralHealth Group Inc

+1 917-936-2196

arthur@generalhealthgroup.com

www.generalhealthgroup.com

244 5th Ave, New York, NY 10001, United States

**Brenda Waddy** <bwaddy16@gmail.com>　　　　　　　　　　　　　　　Thu, Feb 9, 2023 at 5:55 PM
To: Arthur Thompson <arthur@generalhealthgroup.com>
Cc: Mark Cohen <mark.cohen@generalhealthgroup.com>

Hi Arthur,

The Bay City office has 7 laptops and 7 desktops, and the Lake Jackson office has 4 desktop and 3 laptop. We do not have local servers at either location. I have included a description for the use of each laptop and desktop.

Bay City Office:

Dell Laptop - Neuroscan test
HP Laptop - VAT test
HP Desktop - NDX/SUDO/ABI test
Dell Desktops - 2 @ front reception area, 1 @ nurse station, 2 @ back office for approval dept. and NP use
Dell Laptops - 3 @ exam rooms; 1 @ infusion room
Lenovo Laptop - front reception
HP Desktop

Lake Jackson Office:

Dell Desktop - 3 @ front reception area
HP Laptop - 1 @ nurse station
HP Laptop - Neuroscan test
Dell Desktop - NDX/SUDO/ABI test
Dell Desktop - infusion room

I will get the software downloaded and installed on all the computers and laptops by Monday. If there is anything else you may need please let me know.


Thank you,
Brenda Waddy
Office Manager



1809 Merlin Street　　　54 Flag Lake Plaza
Bay City, TX 77414　Lake Jackson, TX 77566

979-244-2007
979-244-1991 Fax
www.neretmedical.com

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error, please notify the system manager. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of the organization. Finally, the recipient should check this email and any attachments for the presence of viruses. The organization accepts no liability for any damage caused by any virus transmitted by this email.

> [Quoted text hidden]
> [Quoted text hidden]
> [Quoted text hidden]
>> [Quoted text hidden]
>> [Quoted text hidden]

> > [Quoted text hidden]
> [Quoted text hidden]

[Quoted text hidden]



## Accounting / Vendors
2 messages

**Mark Cohen** <mark.cohen@generalhealthgroup.com>  Thu, Feb 2, 2023 at 10:27 AM
To: Brenda Lopez <bwaddy16@gmail.com>
Cc: Accounts Payable GHG <ap@generalhealthgroup.com>, Accounts Receivable GHG <ar@generalhealthgroup.com>, Arthur Thompson <arthur@generalhealthgroup.com>, Mark Cohen <mark.cohen@generalhealthgroup.com>
Bcc: Michel <michelneret@usa.net>

Hello Brenda,

We will be creating a vendor spreadsheet for you to fill out.

It is a basic list which allows you to write all your vendor details.
Name, address, number, account number, and email will be required to change the ownership with all vendors.

Please include every single vendor that you can think of. Utilities, IT, HR, Supplies, etc.

Our team will then work and get everything switched over.

**Mark Cohen**
Operations & Strategy Director
GeneralHealth Group Inc

917-789-5058

mark.cohen@generalhealthgroup.com

www.generalhealthgroup.com

244 5th Ave, New York, NY 10001, United States



Sender notified by
Mailtrack

---

**Arthur Thompson** <arthur@generalhealthgroup.com>  Thu, Feb 2, 2023 at 1:58 PM
To: Mark Cohen <mark.cohen@generalhealthgroup.com>
Cc: Brenda Lopez <bwaddy16@gmail.com>, Accounts Payable GHG <ap@generalhealthgroup.com>, Accounts Receivable GHG <ar@generalhealthgroup.com>

Hi Brenda,

Please fill out this spreadsheet.

You can add all your vendors with whatever details you have.

Let me know once you finish this so our team can start working on it.

Thanks,

[Quoted text hidden]

--

**Arthur Thompson**
Marketing Director
GeneralHealth Group Inc

+1 917-936-2196

arthur@generalhealthgroup.com

www.generalhealthgroup.com

244 5th Ave, New York, NY 10001, United States



## Daily Pay and Benefits
1 message

**Mark Cohen** &lt;mark.cohen@generalhealthgroup.com&gt;     Thu, Feb 2, 2023 at 10:49 AM
To: Brenda Lopez &lt;bwaddy16@gmail.com&gt;
Cc: Magan Bell &lt;benefits@generalhealthgroup.com&gt;
Bcc: Michel &lt;michelneret@usa.net&gt;

Hi Brenda,

Two things that Wendy will discuss with the team when you all have your 2-on-one meetings with each employee are;

1) Daily Pay - It's a system that allows an employee to get paid daily (minus their taxes) rather than waiting 2 weeks a for a paycheck. (yes it's very exciting and motivating)

2) Group Benefits - It's group benefits from Aetna CVS that includes medical . dental . vision and hearing.

3) IRA benefits - it's something we offer through ICON savings plan if any employee is interested.

Once you get an outline of these benefits, then we can discuss specifics with each of the individuals representing the groups for us;



### Mark Cohen
Operations & Strategy Director
GeneralHealth Group Inc

917-789-5058

mark.cohen@generalhealthgroup.com

www.generalhealthgroup.com

244 5th Ave, New York, NY 10001, United States

 Sender notified by
Mailtrack



Mark Cohen <mark.cohen@generalhealthgroup.com>

## Voice of Customer
1 message

**Mark Cohen** <mark.cohen@generalhealthgroup.com>  Thu, Feb 2, 2023 at 10:33 AM
To: Brenda Lopez <bwaddy16@gmail.com>
Cc: IT Helpdesk GHG <IThelpdesk@generalhealthgroup.com>, Mark Cohen <mark.cohen@generalhealthgroup.com>
Bcc: Michel <michelneret@usa.net>

Good morning Brenda,

One of the most important pieces to growth is having an excellent digital presence in the modern age.

We will be doing constant surveys on service of the clinic with all new and current patients throughout the next few months. This will help gain a better understanding as to where the issues are and how we can improve them. They will then be discussed during our bi-weekly meetings.

These surveys either go out with SMS or email platforms with an admin or office manager name to get feedback from patients.



### Mark Cohen
Operations & Strategy Director
GeneralHealth Group Inc

917-789-5058

mark.cohen@generalhealthgroup.com

www.generalhealthgroup.com

244 5th Ave, New York, NY 10001, United States



Sender notified by
Mailtrack



Mark Cohen <mark.cohen@generalhealthgroup.com>

## Accounts Receivable/Billing Setup
1 message

**Mark Cohen** <mark.cohen@generalhealthgroup.com>  Thu, Feb 2, 2023 at 10:31 AM
To: Brenda Lopez <bwaddy16@gmail.com>
Cc: Insurance GHG <insurance@generalhealthgroup.com>, Arthur Thompson <arthur@generalhealthgroup.com>
Bcc: Michel <michelneret@usa.net>

Good Morning Brenda,

Once IT is set up, Arthur will be creating a simple dashboard on a HIPAA compliant spreadsheet that will show the AR of the practice in 30-60-90-120+ day columns.

From there, the insurance team will be following up on a daily basis on all the outstanding AR and will make notes beside each patient name / file.

The list gets updated every 7 days in the same spreadsheet.

<u>**This is vital**</u> to get to the root cause of the billing problem.



**Mark Cohen**
Operations & Strategy Director
GeneralHealth Group Inc

917-789-5058

mark.cohen@generalhealthgroup.com

www.generalhealthgroup.com

244 5th Ave, New York, NY 10001, United States

Sender notified by
Mailtrack



# Transition Phase;
1 message

**Mark Cohen** <mark.cohen@generalhealthgroup.com>　　　　　　　　　　　Thu, Feb 2, 2023 at 10:16 AM
To: Brenda Lopez <bwaddy16@gmail.com>
Cc: Michel <michelneret@usa.net>

Hi Brenda,

Thank you so much for providing the details of the employees.

You are going to get a burst of lots of emails introducing you to different support people and processes in place. Please do not feel alarmed, it goes out to everyone to keep on record and to ensure that the entire transition is done smoothly.

I will BCC Dr Neret for the first email but in the subsequent emails I will not cc Dr Neret because either way I will have monthly meetings with him to discuss the overall analysis of the practice.

Please reach out to me by number or email or text at any moment you need anything;



**Mark Cohen**
Operations & Strategy Director
GeneralHealth Group Inc

---

917-789-5058

mark.cohen@generalhealthgroup.com

www.generalhealthgroup.com

244 5th Ave, New York, NY 10001, United States

Sender notified by
[Mailtrack](https://mailtrack.io)