| ROOM | ITEM | COUNT | MARKET VALUE |
|---|---|---|---|
| Waiting room | Samsung TV 36" | 1 | $ 100.00 |
| Waiting room | Chairs | 12 | |
| Waiting room | End Tables | 2 | |
| Waiting room | Round Green Ottoman | 1 | |
| Waiting room | blue plastic square table | 1 | |
| Waiting room | kids chairs | 3 | |
| Waiting room | Germ Guardian Air Purifier | 1 | $ 130.00 |
| Waiting room | Protective Clear Screens | 2 | $ 400.00 |
| Front Desk | Lenovo Think Centre PC's new | 2 | $ 1,800.00 |
| Front Desk | Lenovo Monitors 2015 | 2 | |
| Front Desk | HP 8710 Printer Fax | 1 | $ 200.00 |
| Front Desk | Documate 3125 Scanner | 1 | $ 300.00 |
| Front Desk | Steel Cabinets 5 drawers each | 2 | |
| Front Desk | 3 Drawer file cabinets | 2 | |
| Front Desk | Desktop orgranzier 5 slot | 1 | |
| Front Desk | Monitor raisers w/drawers | 2 | |
| Front Desk | calculator | 2 | |
| Front Desk | staplers | 2 | |
| Front Desk | verticle file holders | 2 | |
| Front Desk | OLD Lenovo PC Processors (saved hard drives) | 2 | |
| Front Desk | Power strips | 1 | |
| Front Desk | WEAVE Phones Desktop | 4 | |
| Front Desk | WEAVE Phones handheld | 1 | |
| Front Desk | Camera - Canon EOS Rebel T5 Yongu Ring Lite Attachment YN14EX | 1 | |
| Front Desk | Brother Label Maker | 1 | |
| Front Desk | Tape Dispenser | 1 | |
| Front Desk | Binders | 7 | |
| Front Desk | clip boards | 3 | |
| Front Desk | 3 hole punch | 1 | |
| Front Desk | pen holders | 3 | |
| Front Desk | reams of paper | 3 | |
| Front Desk | white folders | 20 | |
| Front Desk | teal folders | 20 | |
| Front Desk | manila Patient Charts | 100 | |
| Front Desk | Package shipping labels 2x4 | 1 | |
| Front Desk | Roll of Scotch shipping tape | 4 | |
| Front Desk | Rolodex | 1 | |
| Front Desk | laminator | 1 | |
| Front Desk | Box of Secure envelopes 9x4 | 1 | |
| Front Desk | Box of envelopes 9x12 | 1 | |
| Front Desk | 1 box 952 ink for 8710 | 1 | |
| Front Desk | Box of pens | 1 | |
| Front Desk | Box of sharpies | 1 | |
| Front Desk | Box of Highlighters | 1 | |
| Front Desk | Replacement Cartiridges for label maker | 3 | |
| Front Desk | Bag of Rubberbands | 1 | |
| Front Desk | package of tape | 1 | |
| Front Desk | box of paperclips | 1 | |
| Front Desk | Clear 8 1/2 x 11 display stands | 4 | |
| Front Desk | roll of Postage Stamps | 1 | |
| Front Desk | Brochures - phase 2 ortho | 50 | |
| Operatory | Box of Tissues | 15 | |
| Operatory | Box of Big Sterlization Pouches | 4 | |
| Operatory | Box of Small Sterlization Pouches | 1 1/2 | |
| Operatory | Maxizyme Tabs Box | 1 | |
| Operatory | Blue Tab | 44 | |
| Operatory | Impression Trays Upper Small | 30 | |
| Operatory | Impression Trays Upper Medium | 21 | |
| Operatory | Impression Trays Upper Large | 21 | |
| Operatory | Impression Trays Upper and Lower Extra Large | 21 | |
| Operatory | Impression Trays Lower Small | 16 | |
| Operatory | Impression Trays Lower Medium | 16 | |
| Operatory | Impression Trays Lower Large | 15 | |
| Operatory | Impression Trays Lower Lingual Wire Impression Tray | 3 | |
| Operatory | Impression Trays Upper Lingual Wire Impresssion Tray | 20 | |

| Location | Item | Quantity |
|---|---|---|
| Operatory | Impression Bowl | 4 |
| Operatory | Impression Spatula | 4 |
| Operatory | Impresstion Spoons | 3 |
| Operatory | Impression caps | 5 |
| Operatory | Instrument Cleaning Brush | 4 |
| Operatory | Packs of Bibs | 3 1/2 |
| Operatory | Box of Tray Cover | 1.5 |
| Operatory | KN95 10 in a bag | 5 unopened |
| Operatory | KN95 | 4 |
| Operatory | KN95 50 in box | 1 |
| Operatory | Level 2 masks 50 in each box | 16 boxes |
| Operatory | Cavi wipes Canister | 9 |
| Operatory | Cavi cide gallon | 3 |
| Operatory | Sanitizer Gallon | 2 |
| Operatory | Sanitizer small 16 oz | 3 |
| Operatory | hand soap | 6 |
| Operatory | Instrument Blue Tray | 7 |
| Operatory | Photo Set Retractos | 16 |
| Operatory | Big Mirror for photos | 10 |
| Operatory | Instrucment Full Set with 9 pieces | 8 |
| Operatory | hand Pieces | 4 |
| Operatory | Bonding sets | 3 |
| Operatory | Misc Instruments | 125 |
| Operatory | Instruments need to be sharpens/repaired | 15 |
| Operatory | Mouth Mirror | 21 |
| Operatory | Distilled Water | 17 |
| Operatory | Slow Speed Attachment | 4 |
| Operatory | Slow Speed Motor | 1 |
| Operatory | Prophy Angle | 2 |
| Operatory | Rubber bands z pack Box | 1 1/2 |
| Operatory | Rubber bands 3/16 L Box | 3 |
| Operatory | Rubber bands 3/16 L Latex Free Box | 1 |
| Operatory | Rubber bands 3/16 M Box | 2 |
| Operatory | Rubber bands 3/16 M Latex Free Box | 1 |
| Operatory | Rubber bands 3 1/16 H Box | 2 |
| Operatory | Rubber bands 5/16 L Box | 2 |
| Operatory | Rubber bands 5/16 L Latex Free Box | 1 |
| Operatory | Rubber bands 5/16 M Box | 3 |
| Operatory | Rubber bands 5 1/16 H | 3 |
| Operatory | Rubber bands 1/4 H Box | 9 |
| Operatory | Rubber bands 1/4 H Latex Free | 1 |
| Operatory | Rubber bands Force 1 Box | 2 |
| Operatory | Rubber bands Force 2 Box | 1 |
| Operatory | hand Senti Box | 1 |
| Operatory | Small Gloves Box | 9 |
| Operatory | Medium Gloves Box | 5 |
| Operatory | Low Suction Tip | 8 1/2 |
| Operatory | High suction Tip | 3 |
| Operatory | 2x2 small Box | 25 |
| Operatory | Dry Angle | 1 1/2 |
| Operatory | Cotton Roll Box | 1 |
| Operatory | Floss Box | 1 1/2 |
| Operatory | Legiture Tie Tube | 4 |
| Operatory | cotton LW Retractor Pack | 1 |
| Operatory | Molar band Large Box Left | 2 |
| Operatory | Molar band right Box | 2 |
| Operatory | Assure Bottle | 2 |
| Operatory | Etch Syrienge | 3 |
| Operatory | Mircroetch pack | 1 |
| Operatory | IPR Strip tube green | 1 |
| Operatory | IPR strip tube blue | 1 |
| Operatory | IPR Key Measure | 2 |
| Operatory | LW Tube | 3 |
| Operatory | LW Flowable Syringe | 2 |
| Operatory | IPR Saw yellow pack | 1 |
| Operatory | IPR saw blue pack | 1 |

| Location | Item | Qty | Value |
|---|---|---|---|
| Operatory | IPR saw red pack | | |
| Operatory | IPR saw clean pack | 1 | |
| Operatory | Curing Light | 1 | |
| Operatory | Power Chain Roll | 2 | |
| Operatory | Close Coil Roll | 7 | |
| Operatory | Open Coil Roll | 9 | |
| Operatory | Salliva Support Tip | 2 | |
| Operatory | Apple key Pack | 5 | |
| Operatory | comfy Tube Roll | 1 | |
| Operatory | Power Tube Roll | 6 | |
| Operatory | Power Chain Roll | 5 | |
| Operatory | Self etch Adhesive box | 16 | |
| Operatory | orthoband Mix adhesive box | 1 | |
| Operatory | Cii power scope box | 1 | |
| Operatory | flexi polishing disc box | 1 | |
| Operatory | art pappes box | 1 | |
| Operatory | Dis proply angle box | 1 | |
| Operatory | Prophy past box | 1 | |
| Operatory | Carbide Football Burs box | 1/2 | |
| Operatory | Air Motor | 2 | |
| Operatory | low speed | 1 | |
| Operatory | Ortho Vend Machine - stocked | 1 | $2,000.00 |
| Operatory | Large Nolas | 7 | |
| Operatory | Small Nolas | 5 | |
| Operatory | Lingua - Fix | 100 | |
| Operatory | Aptra Gate | 100 | |
| Operatory | power scope kits | 2 | |
| Operatory | mini mold kit | 1 | |
| Operatory | standard herbst kit | 1 | |
| Operatory | CSS 18 slot kit | 1 | |
| Operatory | Sync SL U/L 5-5 bracket kits | 6 | |
| Operatory | Carriere SLX x 30 US-5 Clear bracket kit | 1 | |
| Operatory | carriere motion sets | 6 | |
| Operatory | Sync .22 bracket asst. U/L 6-6 | 1 | |
| Operatory | OC bluk U/L bracket 7/7 tray | 1 | |
| Operatory | orange bracket protectors | 2 | |
| Operatory | P21 clear U/L 5-5 sets | 8 | |
| Operatory | Ivory Standard Kit | 1 | |
| Operatory | 24 pack asst. retainer cases | 3 | |
| Operatory | spectra lase | 1 | $7,000.00 |
| Operatory | laser shields for spectra lase | 3 | |
| Operatory | surgical suctions bag | 1 | |
| Operatory | 6" cotton tip applicators box | 2 | |
| Operatory | tongue depressers box | 1 | |
| Operatory | perioxide bottles | 2 | |
| Operatory | benzo gel bottle | 1 | |
| Operatory | BTT lidocaine bottle | 1 | |
| Operatory | .14 pitts 21 box | 8 | |
| Operatory | .16 pitts 21 box | 8 | |
| Operatory | .18 pitts 21 box | 10 | |
| Operatory | 18x18 soft P21 box | 7 | |
| Operatory | 18x18 P21 box | 6 | |
| Operatory | 20x20 box | 8 | |
| Operatory | 20x20 TMA P21 box | 10 | |
| Operatory | 19x19 SS P21 box | 6 | |
| Operatory | 20x20 SS P21 Box | 6 | |
| Operatory | 20x20 soft p21 box | 1 | |
| Operatory | dead soft retention wire box | 4 | |
| Operatory | revere curve wire box | 9 | |
| Operatory | randon wires box | 200 | |
| Operatory | CS4 patient inits | 2 | |
| Operatory | Typodonts | 7 | |
| Operatory | I-tero Sleeves box | 5 | |
| Operatory | ziplocks box of 500 | 2 | |
| Operatory | heating pads | 2 | |
| Operatory | older retention wire pack | | |

| Location | Item | Qty | Price | Notes |
|---|---|---|---|---|
| Operatory | HP Pavillion Laptop | 1 | $1,000.00 | |
| Operatory | Lenovo Think pad laptop | 4 | $800.00 | |
| Operatory | I-tero Scanner | 1 | $15,000.00 | (paid 28000 5 years ago) |
| Operatory | Patient Chairs | 7 | | |
| Operatory | Patient Stations | 5 | | |
| Operatory | lead aprons | 3 | | |
| Operatory | cansisters Optim Wipes | 2 | | |
| Operatory | Germ Guardian Air Purifier | 1 | $130.00 | |
| LAB | Sprint Ray 3D printer | 1 | $8,000.00 | |
| LAB | vaccum forming machine model :19 | 1 | | |
| LAB | x35 micromotor lab handpiece | 1 | | |
| LAB | sprint ray curing machine | 1 | | |
| LAB | alginate mixer | 1 | | |
| LAB | dentsply essix material box | 1 | | |
| LAB | togius essix material box | 2 | | |
| LAB | zendura essix material box | 4 | | |
| LAB | N95 respirator masks box | 3 | | |
| LAB | First aid kit | 1 | | |
| LAB | asst lab burs | 50 | | |
| LAB | syrings blu blokker | 4 | | |
| LAB | trubyte quality teeth kit | 1 | | |
| LAB | Whip mix stone box | 1 | | |
| LAB | micro cab machine | 1 | | |
| LAB | bio mini star machine | 1 | $2,500.00 | |
| LAB | bottles 991 alcohol | 3 | | |
| LAB | bottles sprint ray die and model grey | 3 | | |
| Kitchen | microwave | 1 | | |
| Kitchen | coffee machine | 1 | | |
| Kitchen | mini fridge | 1 | | |
| Kitchen | table | 1 | | |
| Kitchen | chairs | 4 | | |
| Kitchen | water dispensery | 1 | | |
| Kitchen | water bottles | 6 | | |
| Consult Room | Lenovo PC, monitor and keyboard | 1 | | |
| Consult Room | Patient chair | 1 | | |
| Consult Room | 3 tier cart | 1 | | |
| Consult Room | Table with glass top | 1 | | |
| Consult Room | Counter height stoll | 3 | | |
| Consult Room | Block end table | 1 | | |
| Consult Room | Phone | 1 | | |
| Consult Room | Net Gear networking box | 1 | | |
| Consult Room | Black photo back drop | 1 | | |
| Xray Room | Ray Scan Alpha **** | 1 | $3,500.00 | |
| Xray Room | PC, monitor and keyboard (to move to CO room) *** | 1 | $2,500.00 | |
| Xray Room | Steel cabinet, black | 1 | | |
| Dr. A office | Couch | 1 | | |
| Dr. A office | Upholstered Chair | 2 | | |
| DR. A office | Book Shelf | 1 | | |
| Dr. A office | Desk | 1 | | |
| Dr. A office | Chair for desk | 1 | | |
| Dr. A office | End table | 2 | | |
| Dr. A office | Lamp | 1 | | |
| Dr. A office | Phone | 1 | | |

**** Ray Scan Alpha will be replaced as of 8/31/21 with a brand new Carestream CS8100 3D CBCT — $89,000.00

*** This PC was upgraded for merge to CS Cloud

Schedule 3.08

List of Material Contracts

uLab Sotftware Agreement dated 2/24/2020

Weave Agreement dated 7/26/2019

US iTEro Element Contract dated 4/3/2017

Sprint Ray Agreement

TIAA Financing Agreement

## SCHEDULE 3.11
## LIST OF INSURANCE

Hartford Casualty Insurance Company Policy 43WEAL60TG

State Farm Fire and Casualty Company Policy 93-KY-V151-3