**Ruth Berenstein <ruth.berenstein@generalhealthgroup.com>**

---

## Bank Account Access
1 message

---

**Ruth Berenstein** <ruth.berenstein@generalhealthgroup.com>                    Mon, Apr 8, 2024 at 3:46 PM
To: Bill Choby <tally-ho@comcast.net>
Cc: "Richard W. Schimizzi" <rws@schimizzilaw.com>, Michael Stein <michael.stein@generalhealthgroup.com>

Dr Choby,

Accounts payable has had their access revoked from the bank account.

Please provide an explanation.

I have included both counsels on this email.

--
*Ruth Berenstein*
Managing Director @**GeneralHealth Group, Inc**
📟 (646) 907-6299
📷 ruth.berenstein@generalhealthgroup.com
🌐 www.generalhealthgroup.com

 Gmail

Accounts Payable GHG <ap@generalhealthgroup.com>

## Re: Comparative productions before and after GHG

1 message

**Accounts Payable GHG** <ap@generalhealthgroup.com>                    9 January 2024 at 11:10
To: Bill Choby <tally-ho@comcast.net>
Cc: Ruth Berenstein <ruth.berenstein@generalhealthgroup.com>

Hi Dr Choby,

You have only replied again with an empty threat email which has no numbers and proof in it. Just proving further the immature behaviour that I have pointed out.

Your practice was failing at the beginning of the year and **its clear as daylight**. Even last year there has been months where you have barely made supplies / payroll. The truth hurts and whether you want to admit it or not I will continue to reply to these failed allegations and if you think that a judge / mediator is as uneducated on financials as yourself, you're going to have to think again.

"I wonder where you come up with the things you say". Directly from your bank account and past financials, Dr Choby. That is where I come up with the things I say. I don't use imaginary numbers from 20+ year old softwares.

I have clearly stated what we have done for you step by step along with clear proof of your numbers in collections directly from **tangible** bank evidence.

You now came back with an empty email of fake threats and bible quotes. It's beyond childish to continue this on email.

I have provided you with clear proof of your own failures. You can continue to write threats on emails but believe me it doesn't faze anyone at GHG or the office. No one will be bullied by your empty threats, Dr Choby.

Your analysis on the numbers is wrong. Your analysis on facebook was wrong and that's why you went silent once proven wrong on that matter and completely left that email thread alone.

I am honestly tired of proving you wrong at this point and your empty-threat emails are becoming borderline harassment at this point. I have pointed out what we are doing and what we have done for the practice and that the collections have barely changed during the transition. You can believe whatever you want at this point.

GHG has worked relentlessly on everything it has promised. You have failed to submit your SBA application and now I am assisting you with that.

If I receive one more email with a threat in it Dr Choby, it's going directly to the dentistry board and department of labor. If you are a grown man, set a time aside and speak with me on the phone regarding the problems and let's come up with solutions together. This is the 5th time I am asking this for legal records and you are continuing to just write empty-threat emails.

On Mon, 8 Jan 2024 at 20:21, Bill Choby <tally-ho@comcast.net> wrote:

> I delayed responding to your analysis since you have only looked at the collections figures in the reports.
>
> I am aware of the comparison, but you are mixing apples and oranges.
>
> I resent your allegations about my practice analysis. I am the one who developed this business from scratch. Nothing succeeds like success.
>
> I have repeatedly stated that my practice and my patient satisfaction ratings are because I made the right decisions to not only survive but to thrive while facing serious economic and financial trials due to the antics of a rogue dental lab. My current claim for $80K is moving toward my day in court over this.
>
> We struggled through unprecedented challenges with COVID like the rest of the country and managed to survive.

For you to imply that somehow my practice was failing is absurd and I resent the suggestion that it has been anything but a success in unproven territory.

There can not be any collections without first creating positive production numbers.

The drop off of the collections cannot be due to anything less than the local market conditions and not the dental services provided.

It is undeniable that my practice numbers were significantly greater in the first half of 2023 than the second half.

I really wonder where you come up with some of the things you say. My CPA is just scratching his head wondering how you can make such assumptions when you are not here to see what has been going on.

Your holier than thou attitude is simply out of line particularly since you haven't acted on the SBA loan acquisition process after 6 months.

There is little that you can say that will change my mind about how Ruth has handled this transition. In my opinion she is not qualified for the position she holds with GHG.

She made lots of promises, but has been short on delivery. I expect a more professional relationship with a company who is trying to run a practice from NYC.

This has to change or I will change it for you.

Doc

On 1/3/2024 1:51 PM, Accounts Payable GHG wrote:

> Also on a side note as I mentioned yesterday,

> I will continue to check collections closely for the next 4 weeks and then at the end of the 4 weeks lets get together and go over the numbers and see what improvement we see with a hygienist there.

> that's fair?

> On Wed, 3 Jan 2024 at 13:48, Accounts Payable GHG <ap@generalhealthgroup.com> wrote:
>> Dr Choby
>>
>> I will respond again with the same things I've been saying since September.
>>
>> I have attached two documents. One is a collections statement from the beginning of the year and the other is for the second half of the year.
>>
>> The two documents are **almost identical in collections.** And what I have done to help support your "argument" is that I left all the "deposits" and "credits" coming in from your other personal accounts because some of the months at the beginning of the year you could not even cover your bills **OR** payroll.
>>
>> I don't care about some fictitious number that you've generated using a 20+ year old software. Facts are facts and they are clear and tangible on the bank account.
>>
>> Now what have we done (so far)?
>>
>> We have created better with more engagement hashtags that looks 1000 times better than any of the posts you or any office manager in the past have created. These posts cannot just be automatically reposted without an audience.
>> Clearly your audience has been close to **zero** judging by the old posts and the reposts and the likes.
>>
>> We have also recruited your hygienist for a part-time basis because we know that you have not covered payroll **many times** this year and we know that just bringing a hygienist 40 hours a week would be a detriment to this practice. You don't know that because you have no idea how to work with

numbers. Everyone is good at something and my profession is in the numbers so its extremely difficult to full me with imaginary numbers to get a point across.

The recruitment process took months and many resumes had to be tossed because finding a part-time individual is rather difficult. But we found the right individual with the corporate background that understands the environment and is a fantastic addition to the team.

We are also actively (every single day) calling on insurance companies to renegotiate rates. We've already had success with Concordia and are continuing to hammer them down until they give you better rates.

We have also tremendously decreased the supplies cost with negotiations.

Dr Choby, I honestly don't know what your problem is with the organization or the unnecessary bad blood you've created between yourself and Ruth but if you really are quoting the bible on your emails it means you're a man of God and it probably means that peace / tranquility / love is prevalent in your dictionary. You and Ruth both need to sit down with Wendy and some of the partners and talk about your differences. The situation (not you or Ruth) is pathetic and childish.

Just because you think something is right does not make it right and threatening legal action and fights and disputes is not going to solve anything because Honorable Judges aren't the typical dimwit and they read through everything.

Perhaps I should be on that call too with yourself and Ruth and Wendy and lets touch base on what we are doing and how we can make this year more fruitful?

We really need to take action and all come to the table and solve this matter. This is probably the 3rd time I am requesting this;

On Wed, 3 Jan 2024 at 11:12, Bill Choby <tally-ho@comcast.net> wrote:
> See attachments.
>
> The drop in production figures in all categories since July 1, 2023 can
> only be attribute to time lost doing hygiene instead of providing other
> more productive services.
>
> I have met all of my obligations under the contract. This can only be as
> a result of poor management decisions and poor marketing by GHG staff.
> There are still unfulfilled promises from July, i.e. new computers,
> check cashing device, etc.
>
> Bills are not being paid on a timely basis so I have had to add funds
> from my private resources to keep the doors open.
>
> Something has to change and that has to be very soon.
>
> That is not a threat, It is a reality.
>
>
> -

 **Gmail**

Accounts Payable GHG <ap@generalhealthgroup.com>

---

## Re: Price Comparison of Dental Supplies
1 message

---

**Accounts Payable GHG** <ap@generalhealthgroup.com>                                    5 December 2023 at 11:07
To: Bill Choby <tally-ho@comcast.net>
Cc: "Dr. Bill Choby" <implant-dentist@comcast.net>, "Barbara Office - Dr. Choby" <office@drbillchoby.net>

I do not agree with you Dr Choby

Biohorizons is a fantastic company and has incredible reviews and reputation across the country. You are entitled to your own opinion so please don't force your opinion on others.

Having an open mind is what will help us achieve greater heights.

On Tue, 5 Dec 2023 at 10:50, Bill Choby <tally-ho@comcast.net> wrote:

> No way will I change.
>
> You are looking simply at the price and not the quality or customer service.
>
> Huge differences
>
> On 12/5/2023 10:45 AM, Accounts Payable GHG wrote:
>
>> Dear Dr. Choby,
>>
>> We have recently conducted a thorough analysis of the benefits and pricing from our current vendors. After a fair comparison, we concluded that Maxill and Benco are the most competitive in terms of pricing. You can save on average between 25-70%+ compared to Schein and Patterson. Enclosed is a list of some items along with their respective prices for your perusal.
>>
>> Please let me know if you need any samples of any particular product.
>>
>> If you have any questions please let me know.
>>
>> Best Regards



**Valentina Flores**
Financial Assistant

GeneralHealth Group, Inc.
[Look for the Blue™]

**Email:** ap@generalhealthgroup.com
**Phone:** +1 917-540-9769
**Address:** 244 5th Ave, New York, NY 10001

 Accounts Payable GHG <ap@generalhealthgroup.com>

---

# Price Comparison of Dental Supplies

1 message

---

**Accounts Payable GHG** <ap@generalhealthgroup.com>                    5 December 2023 at 10:45
To: Bill Choby <tally-ho@comcast.net>, "Dr. Bill Choby" <implant-dentist@comcast.net>
Cc: "Barbara Office - Dr. Choby" <office@drbillchoby.net>

Dear Dr. Choby,

We have recently conducted a thorough analysis of the benefits and pricing from our current vendors. After a fair comparison, we concluded that Maxill and Benco are the most competitive in terms of pricing. You can save on average between 25-70%+ compared to Schein and Patterson. Enclosed is a list of some items along with their respective prices for your perusal.

Please let me know if you need any samples of any particular product.

If you have any questions please let me know.

Best Regards



**Valentina Flores**
Financial Assistant

GeneralHealth Group, Inc.
[Look for the Blue™]

**Email:** ap@generalhealthgroup.com
**Phone:** +1 917-540-9769
**Address:** 244 5th Ave, New York, NY 10001

---

 **Dental Supplies - Pricing Comparison.pdf**
74K

 **Gmail**

**Accounts Payable GHG <ap@generalhealthgroup.com>**

---

## Re: Price Comparison of Dental Supplies
1 message

---

**Accounts Payable GHG** <ap@generalhealthgroup.com>                    5 December 2023 at 11:06
To: Bill Choby <tally-ho@comcast.net>
Cc: "Dr. Bill Choby" <implant-dentist@comcast.net>, "Barbara Office - Dr. Choby" <office@drbillchoby.net>

Dr Choby

There is no need to send back to back emails. That only creates more confusion with the thread.

There are two emails sent over .

One is about the supplies. One is about the implants.

For the implants we can take your advice and move forward. Knowing that you cannot cover payroll or supply bills on time we just thought it would help to get some savings in.

Regarding the supplies, we will change the vendor and that is the final decision. You will not decide on supplies.

If you have any questions we can get on a call to discuss.

On Tue, 5 Dec 2023 at 10:52, Bill Choby <tally-ho@comcast.net> wrote:

> Bio horizons are not on the list of clean implants.
>
> See it for your self.  https://cleanimplant.com/Awards/implants/
>
>
>
> On 12/5/2023 10:45 AM, Accounts Payable GHG wrote:
>
>> Dear Dr. Choby,
>>
>> We have recently conducted a thorough analysis of the benefits and pricing from our current vendors. After a fair comparison, we concluded that Maxill and Benco are the most competitive in terms of pricing. You can save on average between 25-70%+ compared to Schein and Patterson. Enclosed is a list of some items along with their respective prices for your perusal.
>>
>> Please let me know if you need any samples of any particular product.
>>
>> If you have any questions please let me know.
>>
>> Best Regards
>>
>>    **Valentina Flores**
>> **Financial Assistant**
>>
>> GeneralHealth Group, Inc.
>> [Look for the Blue™]
>>
>> **Email:** ap@generalhealthgroup.com
>> **Phone:** +1 917-540-9769
>> **Address:** 244 5th Ave, New York, NY 10001

 **Gmail**

**Ruth Berenstein <ruth.berenstein@generalhealthgroup.com>**

## Re: you sure know how to pick them
1 message

**Bill Choby** <tally-ho@comcast.net>                                                    Fri, Jan 12, 2024 at 12:09 PM
To: Ruth Berenstein <ruth.berenstein@generalhealthgroup.com>
Cc: Accounts Payable GHG <ap@generalhealthgroup.com>

Apparently Kayla has lied to you. Kayla idea of cleaning teeth is not within the prevailing standards of care.

I pointed out to her that a prophylaxis without polishing is not consistent with the ADA code for prophylaxis and could be considered a fraudulent claim. she was never accused of anything only reminded that we maintain the standards of care for dentistry in our office.

The idea that emailing my concerns to Valencia constitutes any threats is absurd.

I have simply and repeatedly expressed the many broken promises and areas of neglect that would have this possible.

Be that as it may, my attorney has been kept abreast of all emails and in time will respond accordingly.

As for you, I suggest that you learn to listen to what I have been saying for the past 6 months instead of making unfounded assumptions of my motives.

Doc

On 1/11/2024 11:00 AM, Ruth Berenstein wrote:

> Bill,
>
> I am writing to address recent concerns regarding workplace dynamics:
>
> 1. Kayla has left, attributing her departure to your perceived attitude and talk-down behavior. She has reported this to HR and plans to escalate it to the board. You have also accused her of insurance fraud which has never been brought up with us at any point.
>
> 2. Valentina has reported ongoing concerns related to the continuous threatening emails. She also is reporting this behavior.
>
> 3. If similar belittling emails are sent to me, I will report them accordingly.
>
> 4. The continuous fear and avoidance of phone calls has been noted and may be interpreted as reluctance to address the situation by yourself as a professional.
>
> Please refrain from using team members as scapegoats and learn to adopt a respectful and professional communication style. Tomorrow's meeting with Wendy and Barbara will provide an opportunity to discuss and address these concerns.
>
> Best regards,
>
> On Thu, Jan 11, 2024 at 10:09 AM Bill Choby <tally-ho@comcast.net> wrote:
>> The hygienist just abruptly took off without saying anything. Didn't
>> sign out. Just suddenly left.
>>
>> This is why you need to allow us to interview before hiring anyone.

--
Warmest Wishes for a Happy New Year!

Ruth Berenstein
Managing Director @GeneralHealth Group, Inc.
📞 (646) 907-6299
📧 ruth.berenstein@generalhealthgroup.com
🌐 www.generalhealthgroup.com

May the New Year bring you success, good health, and exciting opportunities. Looking forward to a prosperous and fulfilling 2024!

 Gmail

**Ruth Berenstein <ruth.berenstein@generalhealthgroup.com>**

## Re: Burbank Dental Lab Pricing
1 message

**Bill Choby** <tally-ho@comcast.net>                                                                      Thu, Dec 7, 2023 at 6:25 PM
To: Accounts Payable GHG <ap@generalhealthgroup.com>, "Dr. Bill Choby" <implant-dentist@comcast.net>
Cc: Ruth Berenstein <ruth.berenstein@generalhealthgroup.com>

This would be a big mistake.

I have been through 5 of the so called best labs and the bottom line is not the prices, it is the services that the lab offers that make the difference.

And I am sure that you remember that I have a $80,000 lawsuit against one of the labs who offered lower costs. That lab nearly ruined my practice when I had to redo from scratch 7 big implant cases before they started filing lawsuits against me for the botched lab products.

If it ain't broke don't try to fix it simply because you want to save a few bucks. Having to do something over is will negate the savings with the loss of productive chair time.

Jesse and Frichtel are one among the best for complicated implant cases, plus their turn around time is minimal with their daily pick up and drop offs. Other labs depend on the uncertainty of UPS or FedEx. Been there, Done that. Productive chair time is the most precious asset we have. This is not the place to cut corners.

Doc

On 12/7/2023 5:33 PM, Accounts Payable GHG wrote:

> Hello Dr. Choby,
>
> We have been researching reputable, highly-rated dental labs in order to enhance the quality and value we bring to our practice. After careful consideration, we found that Burbank Dental Lab stands out as one of the best in the country. They have received excellent reviews for their work, communication, and timely delivery.
>
> Furthermore, they are known for their high-tech operations and have been commended by other professionals in the field.
>
> We have been in talks with them and negotiated their prices to match those of our current lab. This would ensure that we continue to receive top-quality service without incurring additional costs.
>
> Please let us know when it would be a good time for you to speak with one of their sales representatives to clarify any doubts or questions you might have.
>
> Thanks and best regards



**Valentina Flores**
Financial Assistant

GeneralHealth Group, Inc.
[Look for the Blue™]

**Email:** ap@generalhealthgroup.com
**Phone:** +1 917-540-9769
**Address:** 244 5th Ave, New York, NY 10001

 **Gmail**

**Ruth Berenstein <ruth.berenstein@generalhealthgroup.com>**

---

## Re: GHG password
1 message

---

**Bill Choby** <tally-ho@comcast.net>                                    Mon, Aug 28, 2023 at 8:52 AM
To: Michael Stein <michael.jason.stein@gmail.com>
Cc: Ruth Berenstein <ruth.berenstein@generalhealthgroup.com>, Michael Stein <michael.stein@generalhealthgroup.com>,
"Richard W. Schimizzi" <rws@schimizzilaw.com>, Wendy Smith <wendy.smith@generalhealthgroup.com>

This was on the front page of the local paper on Saturday.

https://triblive.com/local/regional/staffing-struggles-take-a-big-bite-out-of-dentistry-in-western-pa/

This is what I have been trying to say to Ruth, but she just knows it all.

I don't want to work with her anymore.

I am not going to be dealing with this kind of meddling and insults for the next five years.

Doc


On 8/24/2023 4:33 PM, Michael Stein wrote:

> Please detail those allegations and put them in writing so that we can consider.
>
> Ty
>
> ------------------------
> ## Michael Stein
> Email:  michael.jason.stein@gmail.com
> M:  415.238.6232
>
>> On Aug 24, 2023, at 3:27 PM, Bill Choby <tally-ho@comcast.net> wrote:
>>
>>
>> Michael,
>>
>> Apparently Ruth doesn't listen let alone understand what I have been trying to communicate to her about my practice and my staff.
>>
>> Be aware that I have been managing my dental practice for over 40 years. And that payroll have never gone unpaid.
>>
>> The problem is that Ruth is a very poor manager and has repeatedly failed to keep her word to myself and my staff.
>>
>> Consequently, there was little purpose on continuing a conversation with someone who is so totally inept of running a successful and growing dental practice.
>>
>> I believe that the best solution is to replace Ruth asap to avoid any legal actions to nullify all our contracts with GHG for repeated breaches of their terms.
>>
>> Doc

On 8/24/2023 3:45 PM, Michael Stein wrote:

Hi Richard.

Seems like the business people are at an impasse.  I'm happy to get on the phone and try and resolve the matter.

Let me know some good times for you.

Michael

On Thu, Aug 24, 2023 at 1:29 PM Ruth Berenstein <ruth.berenstein@ generalhealthgroup.com> wrote:

Dr Choby

I've put both counsels in the email.

Once again, we are always here to show you your problems but we will not take failed advice by force from you or any other individual.

We have shown you clearly how irrational decisions have led to your drop and you have been unable to give me a call for the past 2 weeks because you are upset from that mutual disagreement.

Respect is given to everyone in the company regardless of position or age so you are required to speak with respect.

Your practice is barely making payroll based on the wrong decisions that you've made on hiring.

When you and Richard are ready to discuss, let us know.

This is most likely the tenth time that I have requested a call to help strategize a plan but you continue with your antics.

On Thu, Aug 24, 2023 at 2:24 PM Bill Choby <tally-ho@comcast.net> wrote:

time for you to lawyer up young lady.

On 8/24/2023 2:23 PM, Ruth Berenstein wrote:

You're*

On Thu, Aug 24, 2023 at 2:23 PM Ruth Berenstein <ruth.berenstein@generalhealthgroup.com> wrote:

You're ready for a call now?

Yes I'm available if that's what your referring to.

On Thu, Aug 24, 2023 at 2:22 PM Bill Choby <tally-ho@comcast.net> wrote:

I said NOW

On 8/24/2023 2:22 PM, Ruth Berenstein wrote:

Let me know when you're available for a call.

On Thu, Aug 24, 2023 at 2:21 PM Bill Choby <tally-ho@comcast.net> wrote:

I want the password NOW

On 8/24/2023 2:19 PM, Ruth Berenstein wrote:

> I would like to know when you're ready for a chat. I'm still waiting on a response to my text.
>
> Thanks.
>
> On Thu, Aug 24, 2023 at 2:13 PM Bill Choby <tally-ho@comcast.net> wrote:
>> Ruth,
>>
>> I need the password to access the GHG website that you promise to give after we signed the contracts.
>>
>> Doc

--
_____
Michael Stein
M:  415-238-6232
Personal E-mail:  michael.jason.stein@gmail.com

 **Gmail**

**Ruth Berenstein <ruth.berenstein@generalhealthgroup.com>**

## Re: GHG password
1 message

**Bill Choby** <tally-ho@comcast.net>
To: Ruth Berenstein <ruth.berenstein@generalhealthgroup.com>
Cc: Wendy Smith <wendy.smith@generalhealthgroup.com>

Thu, Aug 24, 2023 at 2:24 PM

time for you to lawyer up young lady.

On 8/24/2023 2:23 PM, Ruth Berenstein wrote:

> You're*
>
> On Thu, Aug 24, 2023 at 2:23 PM Ruth Berenstein <ruth.berenstein@generalhealthgroup.com> wrote:
>> You're ready for a call now?
>>
>> Yes I'm available if that's what your referring to.
>>
>> On Thu, Aug 24, 2023 at 2:22 PM Bill Choby <tally-ho@comcast.net> wrote:
>>> I said NOW
>>>
>>> On 8/24/2023 2:22 PM, Ruth Berenstein wrote:
>>>> Let me know when you're available for a call.
>>>>
>>>> On Thu, Aug 24, 2023 at 2:21 PM Bill Choby <tally-ho@comcast.net> wrote:
>>>>> I want the password NOW
>>>>>
>>>>> On 8/24/2023 2:19 PM, Ruth Berenstein wrote:
>>>>>> I would like to know when you're ready for a chat. I'm still waiting on a response to my text.
>>>>>>
>>>>>> Thanks.
>>>>>>
>>>>>> On Thu, Aug 24, 2023 at 2:13 PM Bill Choby <tally-ho@comcast.net> wrote:
>>>>>>> Ruth,
>>>>>>>
>>>>>>> I need the password to access the GHG website that you promise to give
>>>>>>> after we signed the contracts.
>>>>>>>
>>>>>>> Doc

## SELLER'S BILL OF SALE

THIS **BILL OF SALE AND ASSIGNMENT** from Bill Choby DMD PC, a Pennsylvania corporation ("BCD") for the benefit of GeneralHealth Group Inc, a Florida corporation ("Buyer"), is entered into the date following below, and provides as follows:

## W I T N E S S E T H :

**WHEREAS**, BCD was formed on January 21st, 2003 , in Pennsylvania.

**WHEREAS,** BCD provides oral surgery (**the Business**).

**WHEREAS,** Seller has agreed to sell certain of the assets of BCD, consisting of Tangible Personal Property except as set forth on Excluded Assets Schedule of the Disclosure Schedule, Accounts Receivables, Inventory, Assigned Contracts, Permits, and Books and Records for a total purchase price of $750,000 plus certain Assumed Liabilities, all as set forth more particularly in the Asset Purchase Agreement ("Agreement") as of the same date as this document (all such assets are collectively the "Purchased Assets" and capitalized terms used but not defined herein shall have the meanings set forth in the Agreement.).

**WHEREAS**, Buyer has agreed to be responsible for and assume all Assigned Contracts, and Assumed Liabilities of BCD as set forth in the Agreement.

**NOW, THEREFORE**, pursuant to the terms and conditions of the Agreement, Seller, for valuable consideration, the receipt, adequacy and sufficiency of which are hereby acknowledged, has granted, bargained, sold, assigned, transferred, set over and delivered, and by these presents does hereby grant, bargain, sell, assign, transfer, set over and deliver, unto Buyer, its successors and assigns, all of Seller's right, title and interest in the Purchased Assets.

**IT IS SPECIFICALLY AGREED** that Buyer will assume the Lease with Strob Properties ("Landlord") for the building that currently houses BCD ("the Lease") and be subject to the terms set forth in the Lease.

**TO HAVE AND TO HOLD** the same unto Buyer and its successors and assigns forever.

This Seller's Bill of Sale may be executed and delivered in multiple counterparts and all counterparts so delivered and executed shall constitute one and the same instrument and be enforceable as such. The parties identified herein specifically agree that a faxed or pdf copy of signatures will be accepted in lieu of original signatures.

IN WITNESS WHEREOF, this Seller's Bill of Sale has been duly executed as of July 1, 2023.

**SELLER:**

**BILL CHOBY DMD PC**

By:

Willeam A Choby

Its: Officer

**GENERALHEALTHGROUP INC.**

By:

Ruth Berenstein

Its: Managing Director

     **Ruth Berenstein <ruth.berenstein@generalhealthgroup.com>**

---

## Re: Account Ownership Change
1 message

---

**Ruth Berenstein** <ruth.berenstein@generalhealthgroup.com>                    Fri, Mar 15, 2024 at 4:29 PM
To: "Riley, Joel" <Joel.Riley@truist.com>

Ok so truist is wilfully not giving rights to an account that we have rightful claims to.

That's fine. I just wanted that for the record.

Thanks Joel. We'll contact headquarters.

On Fri, Mar 15, 2024 at 4:28 PM Riley, Joel <Joel.Riley@truist.com> wrote:

> Hi Ruth,
>
> I did receive a response from my legal team.  They have stated that any questions regarding the situation should be
> directed to either Dr. Magid or your legal counsel.  The bank is not going to be involved in the dispute or provide a legal
> interpretation of a sale agreement.
>
> Thank you.
>
>
> **Joel Riley**
>
> **Senior Vice President**
> **Business Connect Advisor**
>
> Office: 434-847-3707 / Fax: 434-847-3839
>
> joel.riley@truist.com
>
>
> **For Servicing Needs:**
>
> Business Connect:  804-802-5887
>
> Digital Treasury Support:  800-774-8179, option 2
>
> businessconnect@truist.com
>
>
> 
>
> ---
>
> **From:** Ruth Berenstein <ruth.berenstein@generalhealthgroup.com>
> **Sent:** Friday, March 15, 2024 4:20 PM
> **To:** Riley, Joel <Joel.Riley@truist.com>
> **Subject:** Re: Account Ownership Change
>
>
> Dear Joel

What's to update here ?

 I'm going to contact your headquarters and get in touch with a senior member as to why an ownership change is talking almost a week long and why you're asking me to contact an employee for a bank account ownership change.

We have an operation to run.

**Ruth Berenstein**

Managing Director

GeneralHealth Group, Inc

_____

(646) 907-6299

ruth.berenstein@generalhealthgroup.com

www.generalhealthgroup.com

On Fri, Mar 15, 2024 at 11:30 AM Ruth Berenstein <ruth.berenstein@generalhealthgroup.com> wrote:

Dear Joel

I don't need to reach out to an employee for this matter.

I need this matter resolved by your team.

**Ruth Berenstein**

Managing Director

GeneralHealth Group, Inc

_____

(646) 907-6299

ruth.berenstein@generalhealthgroup.com

www.generalhealthgroup.com

On Fri, Mar 15, 2024 at 11:29 AM Riley, Joel <Joel.Riley@truist.com> wrote:

Hi Ruth,

Thanks for your email.  I have sent all the information to the legal team for review and asked them to review it quickly but there is no guarantee.

Please do not reach out to the Business Connect team via email or phone because it is causing more confusion without that team.

For any future correspondence regarding this, please reach out directly to Dr. Magid or myself.

I will be in touch as soon as I have any updates.  Thank you.

**Joel Riley**

**Senior Vice President**
**Business Connect Advisor**

Office: 434-847-3707 / Fax: 434-847-3839

joel.riley@truist.com

**For Servicing Needs:**

Business Connect:  804-802-5887

Digital Treasury Support:  800-774-8179, option 2

businessconnect@truist.com

**TRUIST HH**

---

**From:** Ruth Berenstein <ruth.berenstein@generalhealthgroup.com>
**Sent:** Friday, March 15, 2024 11:22 AM
**To:** Riley, Joel <Joel.Riley@truist.com>
**Cc:** Truist Business Connect <TruistBusinessConnect@truist.com>
**Subject:** Re: Account Ownership Change

Dear Joel

Is it possible to expedite this matter so that our AP team can do their work and process their invoices on time?

**Ruth Berenstein**

Managing Director

GeneralHealth Group, Inc

(646) 907-6299

ruth.berenstein@
generalhealthgroup.com

www.generalhealthgroup.com

On Fri, Mar 15, 2024 at 9:16 AM Ruth Berenstein <ruth.berenstein@generalhealthgroup.com> wrote:

Dear Joel

I greatly appreciate the response. Are we to pause our operations because our funds cannot be accessed until the legal team responds..?

**Ruth Berenstein**

Managing Director

GeneralHealth Group, Inc

(646) 907-6299

ruth.berenstein@
generalhealthgroup.com

www.generalhealthgroup.com

On Fri, Mar 15, 2024 at 9:14 AM Riley, Joel <Joel.Riley@truist.com> wrote:

Hi Ruth,

Good morning.  I've been out of the office since last Friday and am starting to go through emails now.

Since this is a legal matter, I will be engaging my legal team and providing the documents that you sent earlier this week.

It may be several days until I get a response from them but will update you as soon as I know more.

Thank you.


**Joel Riley**

**Senior Vice President**
**Business Connect Advisor**

Office: 434-847-3707 / Fax: 434-847-3839

joel.riley@truist.com


**For Servicing Needs:**

Business Connect:  804-802-5887

Digital Treasury Support:  800-774-8179, option 2

businessconnect@truist.com



---

**From:** Ruth Berenstein <ruth.berenstein@generalhealthgroup.com>
**Sent:** Friday, March 15, 2024 9:07 AM
**To:** Little, Nadine <Nadine.Little@truist.com>; Riley, Joel <Joel.Riley@truist.com>; Truist Business Connect <TruistBusinessConnect@truist.com>
**Subject:** Re: Account Ownership Change

Team

It's now the third day and no one from the bank has contacted us.

We're awaiting your response.

### Ruth Berenstein

Managing Director

GeneralHealth Group, Inc

---

(646) 907-6299

ruth.berenstein@
generalhealthgroup.com

www.generalhealthgroup.com

On Thu, Mar 14, 2024 at 7:24 PM Ruth Berenstein <ruth.berenstein@generalhealthgroup.com> wrote:

> Dear Team,
>
> Following up here.
>
> On Thu, Mar 14, 2024 at 3:56 PM Ruth Berenstein <ruth.berenstein@generalhealthgroup.com> wrote:
>
>> Dear Team ,
>>
>> I am looking for an update here .
>>
>> On Tue, Mar 12, 2024 at 5:12 PM Ruth Berenstein <ruth.berenstein@generalhealthgroup.com> wrote:
>>
>>> Hello Team,
>>>
>>> Can I get some assistance on my request made below:
>>>
>>> ---------- Forwarded message ---------
>>> From: **Ruth Berenstein** <ruth.berenstein@generalhealthgroup.com>
>>> Date: Tue, Mar 12, 2024 at 5:09 PM
>>> Subject: Account Ownership Change
>>> To: Riley, Joel <joel.riley@truist.com>
>>> Cc: Ruth Berenstein <ruth.berenstein@generalhealthgroup.com>
>>>
>>> Hello Joel,
>>>
>>> Attached are documents that reflect our ownership over the bank account associated with Mountainview Oral Surgery and Implant Center.
>>>
>>> Let me know what additional documents (if any) are needed to assume and finalize our ownership over our bank account.
>>>
>>> Respectfully,
>>>
>>> --

**Ruth Berenstein**

Managing Director

GeneralHealth Group, Inc

(646) 907-6299

ruth.berenstein@
generalhealthgroup.com

www.generalhealthgroup.com

--

**Ruth Berenstein**

Managing Director

GeneralHealth Group, Inc

(646) 907-6299

ruth.berenstein@
generalhealthgroup.com

www.generalhealthgroup.com

--

**Ruth Berenstein**

Managing Director

GeneralHealth Group, Inc

(646) 907-6299

ruth.berenstein@
generalhealthgroup.com

www.generalhealthgroup.com