--

**Ruth Berenstein**

Managing Director

GeneralHealth Group, Inc

(646) 907-6299

ruth.berenstein@
generalhealthgroup.com

www.generalhealthgroup.com

*The information transmitted is intended solely for the individual or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of or taking action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you have received this email in error please contact the sender and delete the material from any computer.*

*The information transmitted is intended solely for the individual or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of or taking action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you have received this email in error please contact the sender and delete the material from any computer.*

*The information transmitted is intended solely for the individual or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of or taking action in*

reliance upon this information by persons or entities other than the intended recipient is prohibited. If you have received this email in error please contact the sender and delete the material from any computer.

--



**Ruth Berenstein**

Managing Director

GeneralHealth Group, Inc

(646) 907-6299

ruth.berenstein@generalhealthgroup.com

www.generalhealthgroup.com

 Gmail

**Ruth Berenstein <ruth.berenstein@generalhealthgroup.com>**

---

# Fwd:
1 message

---

**Michael Stein** <michael.jason.stein@gmail.com>                    Fri, Mar 8, 2024 at 12:02 PM
To: Ruth Berenstein <ruth.berenstein@generalhealthgroup.com>, Mordechai Gal <galmordy@gmail.com>

------------------------
Michael Stein
Email:  michael.jason.stein@gmail.com
M:  415.238.6232

Begin forwarded message:

> **From:** Joseph Sanzone <jassabpc@gmail.com>
> **Date:** March 8, 2024 at 10:48:34 AM CST
> **To:** Michael Stein <michael.jason.stein@gmail.com>
> **Subject: Re:**

4344559940, Hershel Keller, Gentry Locke,  Lynchburg Virginia

On Fri, Mar 8, 2024, 11:23 AM Michael Stein <michael.jason.stein@gmail.com> wrote:
> Feel free to call me - 4152386232
> ------------------------
> Michael Stein
> Email:  michael.jason.stein@gmail.com
> M:  415.238.6232

>> On Mar 8, 2024, at 10:00 AM, Joseph Sanzone <jassabpc@gmail.com> wrote:

>> Can we speak sometime soon. I think it would help your client and certainly answer a few of her questions

>> On Fri, Mar 8, 2024, 10:52 AM Michael Stein <michael.jason.stein@gmail.com> wrote:
>> Good am.

>> I am unavailable for a call and traveling next week but willing to email.

>> Thank you.

>> On Fri, Mar 8, 2024 at 9:32 AM Joseph Sanzone <jassabpc@gmail.com> wrote:
>>> This is Joseph Sanzone. As i previously stated, I represent mitchell magid in litigation with his former wife. I think you may need additional documents for context in the matters you are handling for Ms. Bernstein. Please contact me so that we can successfully conclude all matters. My office phone is 434 846 4691 if im in court. I look forward to speaking with you.

>>> --
>>> _____
>>> Michael Stein
>>> M:  415-238-6232
>>> Personal E-mail:  michael.jason.stein@gmail.com



**Ruth Berenstein <ruth.berenstein@generalhealthgroup.com>**

---

## Re: Code Red
1 message

---

**Mondo McCann** <mmccann@cirnovus.com>                    Thu, Mar 14, 2024 at 8:44 PM
To: Ruth Berenstein <ruth.berenstein@generalhealthgroup.com>, Cirnovus <Cirnovus@cirnovus.com>
Cc: IT Helpdesk GHG <ithelpdesk@generalhealthgroup.com>, Michael Stein <michael.stein@generalhealthgroup.com>,
Shauna Floyd <shauna.floyd@cirnovus.com>, Tony Floyd <tfloyd@cirnovus.com>

Hi Ruth

Wanted to let you know that I actually went ahead and powered off both the server and phone system. The network is
now down. We have also been contacted by Dr. Magids attorney, Mr. Justin Wade.  We would like to be removed from
being in the middle of this as it puts a strain on our relationship with both parties. Please engage us once this has been
sorted.

Regards

### Mondo McCann President | PMP


signature_2080060220

(434)201-3300 Ext 102 (o)
(434)942-0411 (c)
mmccann@cirnovus.com
www.cirnovus.com

Logo Blue on Blue
### "Providing Enterprise Solutions at Small Business Pricing"
*Ask about our free Tech Assessment*
*Ask about our free money-back guarantee*
*Ask about our HIPAA, Sarbenes-Oxley, Graham-Leach,Bliley and PCI Compliance services*
*Ask about our CyberSecurity and Vulnerability detection services*
*Ask about our VoIP solutions*

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s)
and may contain confidential and/or privileged information and may be legally protected from
disclosure. If you are not the intended recipient of this message or their agent, or if this message
has been addressed to you in error, please immediately alert the sender by reply email and then
delete this message and any attachments. If you are not the intended recipient, you are hereby
notified that any use, dissemination, copying, or storage of this message or its attachments is
strictly prohibited.

---

**From:** Ruth Berenstein <ruth.berenstein@generalhealthgroup.com>
**Sent:** Thursday, March 14, 2024 6:09:44 PM
**To:** Cirnovus <Cirnovus@Cirnovus.com>; Mondo McCann <mmccann@Cirnovus.com>

**Cc:** IT Helpdesk GHG <ithelpdesk@generalhealthgroup.com>; Michael Stein <michael.stein@generalhealthgroup.com>; Shauna Floyd <shauna.floyd@Cirnovus.com>; Tony Floyd <tfloyd@Cirnovus.com>
**Subject:** Re: Code Red

Dear Mondo

As per our conversation this is confirming that both doors to the practice can be locked and unlocked manually and that the Code Red will be active in place until a resolution is reached with Dr Magid.

The doors do not need a fob to lock : unlock.

All counsels are working and we hope that this matter is resolved within a reasonable time frame and I will see you and Tony next week.

Regards,



**Ruth Berenstein**

Managing Director
GeneralHealth Group, Inc

_____

(646) 907-6299

ruth.berenstein@generalhealthgroup.com

www.generalhealthgroup.com


On Thu, Mar 14, 2024 at 4:58 PM Ruth Berenstein <ruth.berenstein@generalhealthgroup.com> wrote:

> Dear Mondo,
>
> Greatly appreciate it.
>
> Please do not re-activate any services until I personally come down to the office and launch an audit on the practice along with an investigation into the agreements signed between Dr Magid and myself.
>
> Please shoot me a text or give me a call at any time. I have included our legal advisor Mr Stein in this email for recordkeeping.
>
> Regards,
>
> On Thu, Mar 14, 2024 at 4:55 PM Mondo McCann <mmccann@cirnovus.com> wrote:
>
>> Hi Ruth,
>>
>> We will be removing access to the phone system and the server. This will inadvertently shut down the dental practice and they will not be able to function. This will occur at 5pm today.
>>
>> Regards,



**Mondo McCann, President**

PMP, CCNP, CEH,CHFI, MCSE, Sec+, Net+

(434)201-3300 Ext 102 (o)

(434)942-0411 (c)

mmccann@cirnovus.com

www.cirnovus.com



"Providing Enterprise Solutions at Small Business Pricing"

*Ask about our free Tech Assessment*

*Ask about our free money-back guarantee*

*Ask about our HIPAA, Sarbenes-Oxley, Graham-Leach,Bliley and PCI Compliance services*

*Ask about our CyberSecurity and Vulnerability detection services*

*Ask about our VoIP solutions*

---

**From:** Ruth Berenstein <ruth.berenstein@generalhealthgroup.com>
**Date:** Thursday, March 14, 2024 at 3:11 PM
**To:** Mondo McCann <mmccann@Cirnovus.com>
**Cc:** IT Helpdesk GHG <ithelpdesk@generalhealthgroup.com>
**Subject:** Code Red

Dear Mondo,

Please confirm the Code Red discussed for the end of day at 5:00PM est.

I greatly appreciate the temporary reinstatement for patient care.

--

Image removed by sender.

**Ruth Berenstein**

Managing Director

GeneralHealth Group, Inc

Image removed by sender. mobilePhone    (646) 907-6299

Image removed by sender. emailAddress    ruth.berenstein@ generalhealthgroup.com

Image removed by sender. website    www.generalhealthgroup.com

--



**Ruth Berenstein**

Managing Director

GeneralHealth Group, Inc

(646) 907-6299

ruth.berenstein@generalhealthgroup.com

www.generalhealthgroup.com

 **Ruth Berenstein <ruth.berenstein@generalhealthgroup.com>**

## RevenueWell Re: PBHS - Domain Transfer
1 message

**RevenueWell + PBHS Support** <support@pbhs.com>                    Thu, Mar 14, 2024 at 6:10 PM
Reply-To: RevenueWell + PBHS Support <support@pbhs.com>
To: Ruth Berenstein <ruth.berenstein@generalhealthgroup.com>

 ##- Please type your reply above this line -##

 RevenueWell

**Michael Zhang** (RevenueWell)
Mar 14, 2024, 5:10 PM CDT

Hello Ruth,

We were able to get confirmation that the ownership of the account is under the General Health Group and we will be able to process the cancellation and start the process to transfer the domain. Our Success team will be reaching out to you to provide that cancellation paperwork and share the authorization code.

Please let me know if you have any questions by replying to this email or you can give us a call at 888-840-0739 and a representative will be able to assist you. Thank you and have a great day!

Best,
Michael
Customer Support Specialist

**Ruth Berenstein**
Mar 14, 2024, 3:17 PM CDT

Dear Allen,

I need to know that the ownership change is confirmed on record. I am not asking you to transfer it immediately.

I need confirmation in writing that you have reviewed the documents and confirm the ownership change. That is the timeline I am providing you until 12PM tomorrow before having counsels involved.



**Allen Snyder** (RevenueWell)

Mar 14, 2024, 3:15 PM CDT

Hi Ruth,

Thank you for reaching out.

There is no intentional delay. Domain transfers are not immediate and typically take a couple of days to complete.

We have already involved your success manager regarding your concerns but our normal timeline for domain transfers is 5-7 business days. This is a common industry standard for domain hosting.

https://www.godaddy.com/domains/domain-transfer#:~:text=Most%20domain%20transfers%20complete%20in%205%2D7%20days.

If you have any additional questions or concerns please give us a call at 847-597-1745.

Best,
Allen

Allen Snyder
Manager, Customer Support



**Ruth Berenstein**

Mar 14, 2024, 2:20 PM CDT

Dear Michael,

I will allow you until tomorrow 12PM before getting counsels involved.

We have proven our ownership legally and need our website transfer done.



**Michael Zhang** (RevenueWell)

Mar 14, 2024, 2:19 PM CDT

Hi Ruth,

Thank you for your patience! I do need to verify the current account ownership with our Billing and Success departments before we can initiate the domain transfer. Once we I do have confirmation of who owns the account we will be able to start the process. I will

follow up with you as soon as I have received that confirmation.

Please let me know if you have any questions by replying to this email or you can give us a call at 888-840-0739 and a representative will be able to assist you. Thank you and have a great day!

Best,
Michael
Customer Support Specialist

 **Ruth Berenstein**
Mar 14, 2024, 11:55 AM CDT

Hi Michael,

Attached is the bill of sale for Dr Magid's practice along with the assumed liabilities.

We do not want to get lawyers involved and force anything against your company so we suggest that this transfer is done in a humane manner.

Looking forward to a reply as soon as possible.

Attachment(s)

[Disclosure Schedules (Magid-GenHealth) (Final) 4864-8889-5085 v.3.pdf](#)
[Bill of Sale (Magid-GenHealth) (FINAL) 4872-6640-2922 v.2.docx (2).pdf](#)

 **Michael Zhang** (RevenueWell)
Mar 13, 2024, 2:08 PM CDT

Hi Ruth,

Thank you for contacting PBHS support! Dr. Magid is still the owner of the acconut and has requested that we do not move forward with the domain transfer so we will not be able to make any changes at this time. We would recommend contacting Dr. Magid to get realigned on how you will want to proceed.

Please let me know if you have any questions by replying to this email or you can give us a call at 888-840-0739 and a representative will be able to assist you. Thank you and have a great day!

Best,
Michael
Customer Support Specialist



### Ruth Berenstein

Mar 13, 2024, 11:03 AM CDT

**This Message Is From an Unknown Sender**

The message sender does not frequently correspond with our organization.

Hello Team,

I'm Ruth Berenstein, Managing Director at GeneralHealth Group. We own Mountainview Oral Surgery & Implant Center. Our team is trying to reach out to you but after submitting the issue via a form on your website There's no response from you guys.

**Dr. Magid** is also CC'd in this email along with our IT team.

We need you to transfer the domain to us. You need to unlock the domain and provide an Authorization Code for the following domain: lynchburgoralsurgery.com

**Practice Name:** Mountainview Oral Surgery & Implant Center
**Practice Phone:** 434-316-7111

Kindly, respond to this email and let us know how to proceed.

Best,

Ruth Berenstein
Managing Director @**GeneralHealth Group, Inc.**
(646) 907-6299
ruth.berenstein@generalhealthgroup.com

---

**Looking for more info?**
**Check out the Help Center**
**Be a part of the Community:**    **Blog**    |        |    **Facebook**

---

You have been sent this message because you are assigned to a support issue with RevenueWell.

[7NEE50-3Y739]



**Ruth Berenstein <ruth.berenstein@generalhealthgroup.com>**

## Email from opposing divorce counsel sent to my attorney
1 message

mmagid@aol.com <mmagid@aol.com>                                                                    Fri, Mar 8, 2024 at 8:58 PM
To: Ruth Berenstein <ruth.berenstein@generalhealthgroup.com>
Cc: Justin Wade <jwade@mblawfirm.com>

Ruth: Below if the email that was sent to my divorce attorney Saturday afternoon by opposing legal
counsel in the LLC litigation. I believe Mr. Justin Wade sent you the file that accompanied this
email under separate cover but did not include the body of the email which I am providing below.
This information that was forwarded to us was what incited all of the concern regarding GHG. This
is the same attorney that issued the subpoena to you. You do have the option of asking for an
extension on the subpoena documents and also objecting to the items requested. As previously
discussed we do have a NDA in place and there is no relevance to the business documents from
the sale of the business to GHG be provided to the LLC litigation other than the lease agreement,
which is the only document relevant to the LLC litigation.

Dr. Magid

**From:** M. Paul Valois <mvalois@vbclegal.com>
**Sent:** Saturday, March 2, 2024 5:24:08 PM
**To:** jassabpc@gmail.com <jassabpc@gmail.com>; Heather Goodwin <hgoodwin@
goodwinlawofvirginia.com>
**Cc:** Angela Carter <a.carter@sanzone-baker.com>; Megan Ricca <m.ricca@sanzone-baker.com>;
Katherine Thomas <kthomas@vbclegal.com>
**Subject:** GeneralHealthGroup Scam


Ms. Goodwin and Mr. Sanzone:

Mitchell Magid has embroiled the LLC (and his own practice) in a nationwide scam with a couple of con
artists.

GeneralHealth Group Inc. (currently the 20 year tenant of the LLC) is a defunct Florida corporation whose
registered agent resigned last year.  The "managing principal" of this company is Lesly Lopez a/k/a "Ruth
Berenstein," a 23 year-old fugitive.  Her purported husband "Mark Cohen" is actually Mordecai Gal, a
Canadian sex offender and fugitive.  The "principal place of business" of GeneralHealth Group, Inc. is a mail
forwarding service in New York City.

None of the information at GeneralHealthGroup.com is true.  The entire operation is a Ponzi scheme.  See
the attached documents.

At this point, I think we need to get that lease vacated now.  Can we get something done jointly and quickly?

I will also need to amend the derivative complaint to reflect Mr. Magid's recent management failures, so I
will try to that motion filed on Monday.

Thanks,

--

**M. Paul Valois**
JAMES RIVER LEGAL ASSOCIATES
7601 Timberlake Road
Lynchburg, VA 24502
P. (434) 845-4529
F. (434) 845-8536

*This message is from an attorney and may contain confidential attorney-client information. It is intended only for the named recipient. If you have received this message in error please notify me by reply email and then delete it.*



2:29                                    .ıll LTE 🔋

‹ 429          D
            Dr. Magid ›

Tue, Mar 5 at 12:43 PM

My intention was not to scare you
Dr. Magid. I sent a reply to you
and Justin as well.

Give me a call to chat.

Respectfully,
Ruth Berenstein

Thu, Mar 7 at 6:09 PM

Dear Dr Magid

Just for thorough communication
between us, I have less than a day
to respond to the subpoena.

I STRONGLY urge yourself and
Justin to get on a phone (even if
it's 5 mins) and hash out the
antics that have been delivered to
you by other parties / online
"findings".

I have sent a reply to Justin's

+      Text Message                    🎤



2:30                                           LTE

< 429                      D
                      Dr. Magid >

as I do not want to incur any additional costs asking for more extensions.

I have yet to hear from you or Justin regarding the resolution between us. I have sent multiple text messages and emails that have seem to gone unanswered. I hope you are doing well and hope to hear from you soon.

Tue, Mar 12 at 6:07 PM

Your wife has filed a lawsuit against yourself and GHG which I'm sure you're already aware of.

It was filed yesterday.

Wed, Mar 13 at 3:41 PM

Hi Dr. Magid ,

I sent over a progress report. Let me know if you haven't received it.

+        Text Message        🎤



2:30            .ıll LTE 🔋

‹ 429

D

Dr. Magid ›

I look forward to hearing from yourself or Justin by end of day .

Mon, Mar 11 at 7:35 PM

Any updates?

Tue, Mar 12 at 11:29 AM

Dear Dr Magid,

Just wanted you to be aware that all documents subpoenaed by Valois is being sent over by the GHG admin team this afternoon as I do not want to incur any additional costs asking for more extensions.

I have yet to hear from you or Justin regarding the resolution between us. I have sent multiple text messages and emails that have seem to gone unanswered. I hope you are doing well and hope to hear from you soon.

Tue, Mar 12 at 6:07 PM

Text Message





# Peaceful Lakeview Retreat | 15 min LU or Downtown

| Check-in | Checkout |
|---|---|
| 3:00 PM | 10:00 AM |
| Fri, Mar 8 | Sun, Mar 10 |

**Who's coming**
1 guest

**Confirmation code**
HMHBPRH8PW

**Hosted by Alexandra**

**Amount paid**
$458.18 CAD

**SUBPOENA DUCES TECUM (CIVIL) –**
**ATTORNEY ISSUED** VA. CODE §§ 8.01-413, 16.1-89, 16.1-265;
Commonwealth of Virginia    Supreme Court Rules 1:4, 4:9

Case No.: ..........CL21000427-00..........

........................................................
HEARING DATE AND TIME

.......... Lynchburg Circuit .......... ..........Court
.......... 900 Court St., Lynchburg, VA 24505 ..........
COURT ADDRESS

.......... Deborah Magid .......... **v./In re:** .......... Magid Enterprises, LLC, et. al. ..........

## TO THE PERSON AUTHORIZED BY LAW TO SERVE THIS PROCESS:

You are commanded to summon

.......... GeneralHealthGroup of Virginia LLC c/o Zenbusiness Inc., Registered Agent ..........
NAME
.......... 2008 Bremo Road, Suite 110 ..........
STREET ADDRESS

.......... Richmond .......... VA .......... 23226 ..........
CITY          STATE          ZIP

**TO the person summoned:**  You are commanded to make available the documents and tangible things designated and described below:
 See Exhibit A

at .......... James River Legal Assoc, 7601 Timberlake Rd., Lynchburg, VA 24502 .......... at    .......... March 7, 2024 by 5:00 p.m. ..........
LOCATION          DATE AND TIME
to permit such party or someone acting in his or her behalf to inspect and copy, test or sample such tangible things in your possession, custody or control.

This Subpoena Duces Tecum is issued by the attorney for and on behalf of

.......... Deborah Magid ..........
PARTY NAME

.......... M. Paul Valois .......... | .......... 72326 ..........
NAME OF ATTORNEY | VIRGINIA STATE BAR NUMBER
.......... 7601 Timberlake Rd .......... | .......... 434-845-4529 ..........
OFFICE ADDRESS | TELEPHONE NUMBER OF ATTORNEY
.......... Lynchburg, VA 24502 .......... | .......... 434-845-8536 ..........
OFFICE ADDRESS | FACSIMILE NUMBER OF ATTORNEY

.......... February 21, 2024 .......... | .......... MPL ..........
DATE ISSUED | SIGNATURE OF ATTORNEY

**Notice to Recipient:** See page two for further information.

---

## RETURN OF SERVICE (see page two of this form)

FORM DC-498  (MASTER, PAGE ONE OF TWO) 7/01

**TO the person summoned:**

· If you are served with this subpoena less than 14 days prior to the date that compliance with this subpoena is required, you may object by notifying the party who issued the subpoena of your objection in writing and describing the basis of your objection in that writing.

☐ **This SUBPOENA DUCES TECUM is being served by a private process server who must provide proof of service in accordance with Va. Code § 8.01-325.**

**TO the person authorized to serve this process:** Upon execution, the return of this process shall be made to the clerk of court.

NAME: ..........................................................................................................................................................

ADDRESS: ......................................................................................................................................................

| ☐ PERSONAL SERVICE | Tel. No. .................................... |
|---|---|

Being unable to make personal service, a copy was delivered in the following manner:

☐ Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport. List name, age of recipient, and relation of recipient to party named above:

.......................................................................................................................................................

☐ Posted on front door or such other door as appear to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found.)

| ☐ NOT FOUND | ........................................................................, Sheriff |
|---|---|

.................................... by .................................................................... Deputy Sheriff
DATE

## CERTIFICATE OF COUNSEL

I, ........................ M. Paul Valois ........................, counsel for ................ Defendant ................, hereby certify

that a copy of the foregoing subpoena duces tecum was ........................ mailed ........................
DELIVERY METHOD

to ........ Joseph A. Sanzone, Heather Goodwin ........, counsel of record for ................ Defendants ................,

on the ........ 21st ........ day of ................ February ................, ........ 2024 ........ .

........................................................................
SIGNATURE OF ATTORNEY

**NOTICE:** Upon receipt of the subpoenaed documents, the requesting party must, if requested, provide true and full copies of those documents to any other party or to the attorney for any other party, provided the other party or attorney for the other party pays the reasonable cost of copying or reproducing those documents. This does not apply when the subpoenaed documents are returnable to and maintained by the clerk of the court in which the action is pending. Va. Code § 8.01-417

## EXHIBIT A
(to the foregoing Subpoena Duces Tecum)

**INSTRUCTIONS:**

The term "document" means any record, photograph, digital or electronic file, audio or visual recording, chart, memorandum, report, note, message, letter, electronic mail message, SMS message, social media post, voicemail or drawing, or any other information preserved by any means, whether in digital or analog format, on any medium, when such records are in your possession or control.

If the documents to be produced are currently in electronic or digital format, please provide true copies of these records on an appropriate medium. If the records are currently printed or published, please provide either (i) electronically scanned digital images of each record in PDF format with accurate size and color rendering and with a minimum of 300 dpi resolution, or (ii) true and exact paper copies of each record.

If any of the subpoenaed records are in the custody of another employee, agent, division or department of your organization, please immediately forward this subpoena to the appropriate custodian (or custodians) of the record (or records).

Unless specifically requested, the term "document" does not include any medical, counseling, mental health or substance abuse treatment records.

If you claim a privilege or exemption from producing any particular document, provide each of the remaining documents and the reason for asserting the particular privilege or exemption in the form a proper privilege log.

**RECORDS TO BE PRODUCED:**

1. Each and every draft or version of any Operating Agreement drafted, prepared, edited, executed or adopted that relates to the operation of GeneralHealthGroup of Virginia LLC.

2. Each and every correspondence to or from any other person, organization or entity that mentions, refers or relates to the operation, management of any business located at 1612 Graves Mill Rd, Lynchburg, VA, 24502 – 4329.

3. Each and every document that mentions, refers or relates to the marketing, management, purchase or sale of any business entity or practice.

4. Each and every draft or version of any lease, contract or agreement to which Mitchell J. Magid is, was, or was intended to be, a party, whether or not such draft or version was actually executed.

5. Each and every draft or version of any lease, contract or agreement to which Magid Enterprises, LLC is, was, or was intended to be, a party, whether or not such draft or version was actually executed.

6. Each and every banking statement, record, signature card, agreement, policy or any other document that mentions or refers to any bank accounts maintained in the name of GeneralHealthGroup of Virginia LLC.