Gmail     Ruth Berenstein <ruth.berenstein@generalhealthgroup.com>

## Mountainview Oral Surgery Progress Report
1 message

**Ruth Berenstein** <ruth.berenstein@generalhealthgroup.com>     Wed, Mar 13, 2024 at 2:29 AM
To: Michael Stein <michael.stein@generalhealthgroup.com>
Bcc: Mitchell Magid <drmagid@generalhealthgroup.com>, mmagid <mmagid@aol.com>, Sally Jeffcoat <sejeffcoat@generalhealthgroup.com>, Sally Jeffcoat <Sejeff1200@msn.com>, Pedro Hernandez <pedrohernandez.tlaltzin@gmail.com>, Pedro Hernandez <phernandez@generalhealthgroup.com>, Diane Nobles <dbnobles@comcast.net>

Dear Dr Magid,

It is with great enthusiasm that we, GeneralHealth Group, present this comprehensive progress report on Mountainview Oral Surgery, a recent and promising addition to our expanding portfolio of healthcare facilities. Our acquisition of Mountainview Oral Surgery represents not just the expansion of our physical footprint in the healthcare industry, but also our commitment to elevating the standard of oral healthcare services through strategic enhancements and collaborations.

Since the integration of Mountainview Oral Surgery into the GeneralHealth Group family, our teams have embarked on a meticulous journey of transformation aimed at optimizing operational efficiencies, improving patient care, and fostering sustainable growth. This report outlines the significant strides made in key areas of operation, including billing reimbursement negotiations, dental implant supply negotiations, general dental supply negotiations, and the establishment of robust referral services with surrounding businesses.

The pursuit of excellence is not without its challenges. This document also delves into the obstacles encountered during this period of integration and adaptation, highlighting our proactive approaches to overcoming these hurdles. Moreover, we shed light on the myriad of opportunities that have surfaced through our relentless efforts to innovate and improve, setting the stage for future endeavors that promise to further revolutionize the patient experience and operational success at Mountainview Oral Surgery.

As we present this report, it is important to acknowledge the collaborative efforts of our dedicated staff at Mountainview Oral Surgery and the strategic support from the GeneralHealth Group. Together, we are not just addressing immediate needs but are also laying down the groundwork for a future where excellence in oral healthcare services is not an aspiration but a reality.

We invite you to join us in reviewing the progress made, understanding the challenges overcome, and exploring the opportunities that lie ahead. Together, we are shaping a future where quality healthcare and patient satisfaction are at the forefront of everything we do at Mountainview Oral Surgery, under the auspices of GeneralHealth Group.

--



**Ruth Berenstein**
Managing Director
GeneralHealth Group, Inc

(646) 907-6299

ruth.berenstein@generalhealthgroup.com

www.generalhealthgroup.com

📄 **MOSProgress.pdf**
1109K



# Progress Report on Mountainview Oral Surgery

# INTRODUCTION



### NEWEST ADDITION

GeneralHealth Group proudly introduces Mountainview Oral Surgery as a significant addition to our oral surgery portfolio, highlighting our commitment to enhancing oral healthcare services and expanding our industry footprint.



### IMPROVEMENTS

We've made substantial progress in billing reimbursement negotiations, dental and general supply negotiations, and establishing strong referral services with surrounding businesses, demonstrating our strategic approach to enhancing Mountainview Oral Surgery's operations and services.



### CHALLENGES AND OPPORTUNITIES

Despite facing challenges, proactive strategies and innovative solutions have been employed, strengthening our resolve and uncovering new opportunities for growth in the oral surgery sector.

---

We Are Pleased To Welcome Mountainview Oral Surgery As Our Partner Providing Professional And Friendly Oral Surgery Services.

# PAYER NEGOTIATIONS

  

| Metlife has raised all top codes by an impressive 18%, showcasing our negotiation prowess | Aetna's adjustment of top codes by 15-30% further exemplifies our ability to secure favorable terms, reflecting our dedication to improving financial health. | Although Delta Dental of Virginia initially denied our requests, our persistent communication and emphasis on Dr. Magid's accolades have opened the door for reconsideration of a raise, demonstrating the power of perseverance and strategic advocacy. This is a rare move from Delta Dental |
|---|---|---|

Meanwhile, our consistent follow-ups with Anthem illustrate our commitment to ensuring all avenues for improvement are actively pursued.

# DENTAL SUPPLIES NEGOTIATIONS

Benco / Maxill

## 24% $Savings$ ⬇$

Mountainview Oral Surgery has achieved remarkable financial efficiencies through strategic dental supply negotiations, securing a 24% savings by leveraging competitive pricing from Benco and Maxill against Henry Schein. This significant cost reduction not only demonstrates our adept negotiation skills but also underscores our commitment to maximizing operational efficiency and ensuring the sustainability of high-quality care.

# IMPLANT VENDOR NEGOTIATIONS

### Biohorizons

# 10-25% $Savings$ ⬇$

Mountainview Oral Surgery has successfully secured a 10-25% savings in implant costs through effective negotiations with Biohorizons, skillfully leveraging competitive vendor prices to our advantage. This achievement not only reflects our strategic approach to cost management but also enhances our ability to provide top-tier dental care while maintaining financial health.

# REFERRAL RELATIONSHIPS

- **Mountainview Oral Surgery has proactively reached out to over 500 local and regional businesses to initiate referral partnerships, demonstrating our commitment to community engagement and collaboration.**

- **Among the interested parties are esteemed institutions and businesses such as Randolph College of Lynchburg, Liberty University of Lynchburg, and Central Technology Solutions of Lynchburg, showcasing the wide range of opportunities for partnership.**

- **More than 15 businesses have responded positively, setting up meetings to explore potential collaborations, indicating strong interest in our services and the value we offer.**

- **These developments are pivotal in expanding Mountainview Oral Surgery's referral network, promising to enhance our patient base and foster relationships with key community stakeholders.**



# CHALLENGES

MountainView Oral Surgery faced significant challenges due to the difficult attitude of a long-term front office admin, who would delay email responses for days, setting back implementations by 60-90 days. Despite concerted efforts by GHG and Dr. Magid to address the issues, attempts to alleviate the situation were unsuccessful. The turning point came when the employee self-terminated after being requested to write a simple 15-30 minute Standard Operating Procedure (SOP) for the front desk, highlighting the extent of the administrative hurdles the practice had to overcome.



# CHALLENGES

MountainView Oral Surgery encountered a significant challenge with a surgical assistant who negatively impacted both internal team dynamics and relationships with a key referral office next door. This individual frequently spread negative remarks about management to colleagues, fostering discord and creating unnecessary drama with the neighboring office. Despite numerous discussions, both in person and virtually, efforts to resolve the issues proved ineffective. The situation escalated when the employee abruptly left the practice after inquiries were made about her habit of isolating herself in a corner office with her cell phone, rather than

## CHALLENGES

MountainView Oral Surgery has been facing severe challenges with their IT services, experiencing unprecedented levels of inefficiency and unresponsiveness. Contacting the IT team's main desk typically requires 5-6 call attempts, and email responses are significantly delayed, contributing to the practice's largest downtime issue. Despite GHG's persistent efforts over the past three months to transition to a new system, the communication barriers with the current IT team have made this process exceedingly difficult.



# OPPORTUNITIES

- **New Office Manager**

  Denise's arrival as the new office manager has brought significant positive changes to the practice. Her ability to introduce innovative ideas, increase patient scheduling, establish standard operating procedures, and enhance online reputation management through Google reviews underscores her exceptional contribution to the team's success.

- **Botox - 53% Female Population**

  Offering Botox, especially for women who are interested in cosmetic enhancements, could diversify the center's services, attracting a broader clientele. Oral surgeons are well-versed in facial anatomy, making them well-equipped to offer such treatments.

- **Medical Malpratice Firms**

  Establishing relationships with medical malpractice lawyers can present a unique referral opportunity for your oral surgery practice. Lawyers handling cases related to dental or medical malpractice often need expert opinions and treatment for their clients, making your practice a valuable resource. Collaborating with these legal professionals can not only broaden your patient base through direct referrals but also enhance your practice's reputation as a trusted authority in oral surgery.

  **Old Website:**

  www.lynchburgoralsurgery.com

  **New Website:**

  ghgithelpdesk.editorx.io/dr-magid



2:13 ·ıl LTE

429  TD  Tam

I know Dr. Magid has a problem with Denise and patients and referrals, she can be a little pushy about getting paperwork done ahead of time and I get it but I think she is doing a great job and she is a hard worker and she sees Naomi for who she is, Dr. Magid just says that's the way she is and she can't help herself, so Naomi comes, goes and says whatever she wants!!Naomi went next door to rally the troops in her favor as she did here and she succeeded, except for me.they don't like her, they want her to fail. I'm very stressed about all this crap and it directly affects me.. it will be the fourth time I've had to take over up front if Denise leaves!! I feel used and abused and pretty much done.. I wanted you to have this preface before the violins start with Naomi.. thanks again for your time.. Tam

iMessage



Hi Ruth.. Naomi told us she was to have a phone consult with you at 9:30 and i wanted to give my opinion on the situation since no one here listens to me when I talk. I know Dr. Magid has a problem with Denise and patients and referrals, she can be a little pushy about getting paperwork done ahead of time and I get it but I think she is doing a great job and she is a hard worker and she sees Naomi for who she is, Dr. Magid just says that's the way she is and she can't help herself, so Naomi comes, goes and says whatever she wants!!Naomi went next door to rally the troops in her favor as she did here and she succeeded, except for me.they don't like her, they want her to fail. I'm very stressed about all this crap and it directly affects me.. it will be the fourth time I've had to take over up front if Denise leaves!! I feel

2:13 •ıl LTE

< 429 **TD** Tam >

...doesn't care that he has a dynamic team. I love the work, I do not like to feel like I'm not being heard and never doing good enough, it wears on the soul. I don't need a return call just stating facts and saying this at the office falls on deaf ears, plus we have a full day of surgeries and Naomi just called out sick..Thanks for reading this and your time. Tam

Mon, Feb 5 at 8:30 AM

Hi Ruth.. Naomi told us she was to have a phone consult with you at 9:30 and i wanted to give my opinion on the situation since no one here listens to me when I talk. I know Dr. Magid has a problem with Denise and patients and referrals, she can be a little pushy about getting paperwork done ahead of time and I get it but I think she is doing a great job and she is a hard worker and she sees

iMessage



acknowledged. I sat on it 2 weeks and just had to say something.. all that could be said was he has 1/2 million in write offs. We have friends in another dental office less than a mile away that did the same but they were congratulated and given a great bonus. I've never worked in a place where I've felt so unappreciated and I've been working in this field for over 30 years!! I'm sorry if I'm out of line but what incentive do we have? I'm still making 5 dollars less an hour than I made 10 years ago. We are surgical technicians not DA's and we have so many other jobs and we are hard workers .. All we hear is negative, why did that person cancel , who did that, fill that hole. Never thank you for filling that day or good job.. He doesn't realize or maybe doesn't care that he has a dynamic team. I love the work, I do not like to feel like I'm not



March 7, 2024

Dear Ruth,

Today I informed Naomi that her work area would be up front beside me.  She said she would need a scanner and would probably need some help with Mondo on transferring some things to the other computer.  I told her that my scanner was really good and asked her if she knew if Dr. Magid had ordered the one that I have.  She also said she would have to go to the back to make phone calls due to HIPAA.  I told her that would not be an option, that I make calls all day in the same spot, and she said she would not do that.  At that point a patient was standing at my desk to be checked in.  I told her we would have to discuss that later.  She immediately went to Dr. Magid's office and was complaining to him about out conversation.  When she returned to her desk, I asked her if Monday would be a good day for Mondo to come by and help with the transfer.  She stated that she was not doing it and I needed to talk with Dr. Magid about that.  She said he had not been informed about the move.

I have made the decision to move Naomi out of the Office Manager's office because of several reasons.  I need her to be at the front desk to help answer the phone.  I have observed her in that office for 3 months and it has come to my attention that she can not stay focused to be revenue productive.  It has also come to my attention that the other staff members are upset that the work load is not even.  They have requested that Dr. Magid remove her from that office in the past several times.

 I have been asked to re-access the office and make changes that are necessary for the growth of the practice.  In the process, Naomi has been disrespectful, unprofessional, and insubordinate, and Dr. Magid has not supported me.  I can not continue with this kind of atmosphere as the office manager.  Dr. Magid and Naomi have no desire to have an office manager and I can not continue with this type of behavior.  If Dr. Magid insists on not supporting me, then I can no longer be the office manager.  I deserve the respect that everyone else gets in the office.

███████████

February 28, 2024

Wendy Smith

General Health

Human Resources

Dear Wendy,

On February 27, 2024 we had a staff meeting at Dr. Magid's request.  As you know, I was requested by Ruth to submit a supply list with specific information.  Naomi is the employee that handles this task in the office.  During the meeting I asked Naomi if we could sit down and create a list of supplies that we order on a regular basis.

      At that moment I was interrupted by Naomi.  She raised her voice and said that her and R. Magid had already done that list and that General Health already had the list.  I tried again to say that the list needed to have specific information which included the product, the vendor for that product and the item number.  She interrupted me again.  She raised her voice and said she wasn't going to do it!  She removed herself from the meeting and then yelled to me that I would have to talk to Dr. Magid about that.  The entire staff witnessed this event and was concerned for my well being.

      This lack of respect for me and every staff member including Dr. Magid is unacceptable.

      This is the second time she has shown her inability to communicate with her office manager and her lack of respect, which is causing a hostile work environment.  Therefore, I am requesting her termination.

      Please advise on how to move forward with this process.


[signature redacted]

Office Manager

General Health

Mountainview Oral Surgery and Implant Center

434-316-7111



## RE: Closing

**Justin Wade** <jwade@mblawfirm.com>
to me, mmagid@aol.com, Casey

Fri, Jun 30, 2023, 4:11 PM

Dr. Magid,

We just received fully executed transactional documents from GeneralHealth Group, Inc. See attached. **Congratulations to all parties involved.**

Dr. Magid – we have spoken, but I want to reiterate what a pleasure it was assisting you with this deal. We will have a compiled closing binder over to you shortly.

Ruth – congratulations to you and your team, and thank you for hard work on this. We wish you and GeneralHealth Group all the best.

Congrats again and enjoy the holiday weekend.

Best,
Justin

**Justin Wade** | Associate
(973) 243-7939
jwade@mblawfirm.com

Mandelbaum Barrett PC
3 Becker Farm Road, Suite 105
Roseland, NJ 07068
www.mblawfirm.com