**Answers to DD List items**

Accounts statements with Vendors: Too numerous to outline since post Covid environment supply chain issues have required using multiple vendors outside of our core vendors. (See Quicken report on expenses to get a sense of accounts payable expenses).

Lease agreement: I own the real estate and have no written lease. The PC has paid the LLC $6,934.36 for the past 10 years as rent/ month. There is no mortgage on the building.

Outstanding Loan:
Member one auto loan for a four-year new car purchase Oct. 2022. Loan amount is $55,000.
There are not other loans on the business.

Thank You,

Dr. Mitchell Magid

| | | | | |
|---|---|---|---|---|
| ☐ ☆ ▶ | mmagid@aol.com | Inbox | Where are we at with the negotiations. - Mark: My attorneys advised me that they sent you a redlined agre… | 4/10/23 |
| ☐ ☆ ▶ | mmagid@aol.com | Inbox | Status of discussions - Mark: I was checking in to see where we are at with things. My attorney said they s… | 3/29/23 |
| ☐ ★ ▶ | mmagid .. mmagid .. 11 | Inbox  Maria - 29th Nov  Stages/DD Documents  Re: Financials enclosed - To: mmagid@aol.com Sent: Tue, Dec 20, 2… | | 2/22/23 |
| ☐ ☆ ▶ | HubSpot | Inbox | mmagid@aol.com just viewed your document "GHG Information Deck - 2022.pdf" for 58 seconds - mmagi… | 1/17/23 |
| ☐ ☆ ▶ | mmagid | Inbox | How do you calculate monthly payments - Mark: I was reading over the formula you used for the monthly c… | 1/13/23 |
| ☐ ★ ▶ | mmagid | Inbox | Additional questions - Mark: I have a few additional questions. Can the doctor keep their existing malpract… | 1/5/23 |
| ⋮⋮ ☐ ☆ ▶ | mmagid | Inbox | Asset List - Mr. Cohen: Enclosed is an asset list as requested. Thanks, Dr. Mitchell Magid | |
| | | [W] ASSET LIST FO… | | |
| ☐ ★ ▶ | mmagid, me 2 | Inbox | Follow up to phone call - 22 PM mmagid wrote: > Mark: Thank you for taking the time to explain the terms … | 1/2/23 |
| ☐ ☆ ▶ | mmagid, me 2 | Inbox | Final Documents - PM <mmagid@aol.com> wrote: Mr. Cohen: Enclosed are the last items of the DD List. I t… | 12/29/22 |
| | | [W] Answers to DD …   [PDF] Cash Verus insu…   [PDF] Practice Expen… | | |
| ☐ ☆ ▶ | mmagid | Inbox | Re: Additional documents - To: mmagid Cc: Mark Cohen Sent: Wed, Dec 28, 2022 9:13 pm Subject: Re: Sent… | 12/29/22 |
| | | [PDF] Magid Balance …   [PDF] Magid Balance …   [PDF] Magid Balance … | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| ☐ ☆ ❯ | mmagid, me 2 | Inbox | Sent documents to yku via dropbox link - 33 PM mmagid wrote: > Mr. Cohen: Let me know if you ... | | | |
| ☐ ☆ ❯ | Dropbox Transfer | Inbox | Mitchell Magid sent you some files - Mitchell (mmagid@lynchburgoralsurgery.com[1]) Download files Here'... | | | 12/28/22 |
| ☐ ☆ ❯ | HubSpot | Inbox | mmagid@aol.com just viewed your document "DDList-1-2022.pdf" for 39 seconds - mmagid@aol.com just... | | | 12/28/22 |
| ☐ ★ ❯ | Mark Cohen | Inbox | Fwd: Update - From: Mmagid Date: Mon, Dec 19, 2022 at 12:35 AM Subject: Update To: Mark Cohen Mr. Co... | | | 12/19/22 |
| ☐ ★ ❯ | HubSpot | Inbox | mmagid@aol.com just viewed your document "GHG Information Deck - 2022.pdf" for 3 minutes - mmagid... | | | 12/11/22 |
| ☐ ★ ❯ | Mark, me 3 | Inbox | Maria - 29th Nov  Stages/Initial Contact  Fwd: Replying to your email - : <mmagid@aol.com> Date: Tue, Dec 6, ... | | | 12/9/22 |
| ☐ ★ ❯ | Appointlet | Inbox | Appointlet Notification  Scheduled: Mitchell Magid - 20 Minute Meeting - 7:40 p.m. Dec. 7, 2022 - Mitchell M... | | | 12/7/22 |
| ☐ ★ ❯ | Appointlet | Inbox | Appointlet Notification  Scheduled: Mitchell Magid - 20 Minute Meeting - 8 p.m. Nov. 29, 2022 - Mitchell Mag... | | | 11/29/22 |
| ☐ ☆ ❯ | Mark Cohen | Inbox | Fwd: Introduction: GeneralHealth Group - From: Mmagid Date: Tue, Nov 29, 2022 at 9:22 PM Subject: RE: In... | | | 11/29/22 |

**From:** Noah Meek <noah.meek@gkbklaw.com>
**Sent:** Friday, May 10, 2024 3:54:00 PM
**To:** Christopher Cyrus <christopher@cyrus.legal>
**Subject:** Re: [External] 123111-CV; Michel Neret, MD vs GeneralHealth Group Inc et al; In the 412th District Court, Brazoria County, TX

Chris,

See the attached orders. I was just drafting an order forwarding them to you. The judge granted my proposed orders in their entirety without any modifications. Brazoria County has 2 online portals (or 3 if you count Re:Search). Only the attorney portal at this link lets you view orders: https://www.brazoriacountytx.gov/departments/district-clerk. I think you may have to apply for access to it.

As the order is written, **every penny that GHG gets needs to go to satisfying the judgment unless it is for bona fide legal expenses for this lawsuit. That means that paying this judgment legally takes precedence over GHG paying any of its vendors other than for bona fide legal expenses for this case**. GHG is a legal entity so it wouldn't have any judgment-exempt assets. Similarly, any nonexempt assets of Ms. Lopez need to be paid to satisfy the judgment. This means that their prior spending patterns need to stop immediately until the entire judgment is paid in full including interest and these new fee awards. If GHG or Ms. Lopez is spending money on anything else, it is a violation of the order. Just to state the obvious, if GHG's bank accounts have the sort of outflows that they've previously been having or if the Defendants otherwise violate the order, a motion for contempt will be brought against them.

Given GHG's apparent historical cashflow, **GHG should be able to pay the entire judgment within 14 days. If for some reason GHG does not intend to do so, please advise so that I can move forward with a motion for contempt**. Payment should be delivered to "Gauntt Koen Binney & Kidd, LLP, as trustee" with Neret v. GHG in the memo.

---

**From:** Noah Meek <noah.meek@gkbklaw.com>
**Sent:** Wednesday, May 22, 2024 6:54:25 PM
**To:** Christopher Cyrus <christopher@cyrus.legal>
**Subject:** Re: [External] 123111-CV; Michel Neret, MD vs GeneralHealth Group Inc et al; In the 412th District Court, Brazoria County, TX

Chris,

Is your client planning on complying with the court order tomorrow? That is when there is the deadline to supplement.

I am obviously going to seek sanctions up to and including but not limited to having your client jailed if she does not comply.

Thanks,

Noah

Get Outlook for Android

---

**From:** Christopher Cyrus <christopher@cyrus.legal>
**Sent:** Tuesday, May 21, 2024 10:02:51 AM
**To:** Noah Meek <noah.meek@gkbklaw.com>
**Subject:** Re: [External] 123111-CV; Michel Neret, MD vs GeneralHealth Group Inc et al; In the 412th District Court, Brazoria County, TX

**From:** Healthcare WatchList <healthcarewatchlist@gmail.com>
**Sent:** Friday, April 28, 2023 9:41 AM
**To:** ███████████████████████████
**Subject:** Stop Doing business with these criminals and child molesters

Press release

**Small Town Doctors Fall Victim To Health Care Ponzi Scheme**

**General Health Group,** the latest company to be recently exposed to be an elaborate scam posing as an equity firm in the area of Mergers and Acquisitions targeting small town doctors looking for exit strategies and hoping to retire. The two principals, known felons, Mark Cohen aka Mordecai Gal, 36 is wanted in a sexual exploitation case of a minor in Canada and his wife Ruth Berenstein aka Lesly Lopez, 23 are a modern day Bonnie and Clyde. They travel the country as nomads continuing their spree of crime which include fraud, wire fraud, embezzlement, aiding and abetting a fugitive to name a few.

May 1 2023, Mordecai Gal has an upcoming trial regarding a child sexual assault case, where he worked as a youth leader in Muslim Mosque in a suburb of Toronto, Canada and has been out on bail since 2020. Details can be found at the Toronto Star.

Both Gal/Cohen and Berenstein/Lopez have warrants out for their arrests, but just keep moving to a new town or set up a new con. Both have felony arrest convictions, but manage to evade prison and continue to wreak havoc on the unsuspecting public.

Prior to their foray into Health care, they worked in the metal fabrication coating company which they claim to have purchased as an acquisition. That company was basically stripped of all cash and customers were left stranded without services. Civil lawsuits are pending in that business in North Carolina still but they have since moved on into the healthcare sector.

The healthcare fraud against doctors is a complicated and elaborate ponzi scheme in which they act as a large equity firm and " buy" the doctor's practice. The target doctors are vulnerable due to the ongoing pressures in healthcare because of rising practice expenses, lower reimbursements and stress put on solo practices in today's economy. General Health Group hand selects providers that are looking to sell their practices or are close to retirement age. General Health Group "grooms" and targets these practices. They sign a contract to "buy" the practices and then over time they syphon cash from the practice by transferring money out of the practice into their own pockets. It isn't clear if they actually pay for any of the practices that they claim to have purchased. One of the hooks that attracts the providers to agree to sell their practices is not having to meet the overhead expenses to run a medical practices; but General Health doesn't pay the vendors or just pays them measly amounts to keep the cash themselves. For vendors and supplies that complain, they then engage services of other different vendors and continue this web of deceit and dishonest business practice that affects everyone in the periphery. This behavior will continue until the practice is either totally bankrupt and there is no more cash for them to pull out. It is a labyrinth of transactions done in a way that is not obvious and done in an attempt to avoid immediate suspicion and to allow for a long- term cash infusion, so as to not be found out. Until now: a few providers have gotten wind of their game and have now alerted the authorities.

If you feel you have been victim to healthcare fraud please contact your local FBI office or the Fraud tipline at www.oig.hhs.gov. or the FBI tip line 844-872-4681

# # #



Ruth Berenstein <ruth.berenstein@generalhealthgroup.com>

## RE: Bank Account Access
1 message

**Richard W. Schimizzi** <rws@schimizzilaw.com>  Tue, Apr 9, 2024 at 11:27 PM
To: Ruth Berenstein <ruth.berenstein@generalhealthgroup.com>, Michael Stein <michael.stein@generalhealthgroup.com>
Cc: Bill Choby <tally-ho@comcast.net>, rws@schimizzilaw.com

Please see attached letter and enclosures.

---

**From:** Ruth Berenstein <ruth.berenstein@generalhealthgroup.com>
**Sent:** Monday, April 8, 2024 4:19 PM
**To:** Richard Schimizzi <rws@schimizzilaw.com>; Michael Stein <michael.stein@generalhealthgroup.com>
**Cc:** Bill Choby <tally-ho@comcast.net>
**Subject:** Re: Bank Account Access

You need to correspond with our legal advisor, Mr Stein.

On Mon, Apr 8, 2024 at 4:16 PM Richard Schimizzi <rws@schimizzilaw.com> wrote:

> As counsel for Dr. Choby, I will responding to your email later today or tomorrow.
>
>> On Apr 8, 2024, at 3:54 PM, Ruth Berenstein <ruth.berenstein@generalhealthgroup.com> wrote:
>>
>> Dr Choby,
>>
>> Accounts payable has had their access revoked from the bank account.
>>
>> Please provide an explanation.
>>
>> I have included both counsels on this email.
>>
>> --
>> *Ruth Berenstein*
>> Managing Director @**GeneralHealth Group, Inc**
>>
>> 📧 (646) 907-6299

    ruth.berenstein@generalhealthgroup.com

    www.generalhealthgroup.com

--

# Ruth Berenstein

Managing Director **@GeneralHealth Group, Inc**

  (646) 907-6299

  ruth.berenstein@generalhealthgroup.com

  www.generalhealthgroup.com

---

    Virus-free.www.avast.com

---

**4 attachments**

**4.9.24 RWS ltr.pdf**
130K

**2023 05 26 - Ptf's Orig Pet.pdf**
2365K

**2024 01 31 - FINAL JUDGMENT.pdf**
1171K

**Healthcare WatchList notice.pdf**
1565K



Ruth Berenstein <ruth.berenstein@generalhealthgroup.com>

---

## Re: Micheal Neret (Substitution Motion)
1 message

---

**Michael Stein** <michael.jason.stein@gmail.com>  Tue, Nov 21, 2023 at 6:06 AM
To: Paul Hammer <phammer@bn-lawyers.com>
Cc: Ruth Berenstein <ruth.berenstein@generalhealthgroup.com>, Michael Stein <michael.stein@generalhealthgroup.com>

> Understood - I will not be the substitute counsel.
>
> I will speak with Ruth.
>
> On Tue, Nov 21, 2023 at 6:04 AM Paul Hammer <phammer@bn-lawyers.com> wrote:
>
>> My firm will not continue forward with the representation due to irreconcilable differences that I have discussed with Mrs. Berenstein.  Instead of withdrawing last week, I gave Mrs. Berenstein notice so that other counsel could be engaged and substituted in for my firm.   My impression was that Mr. Stein was going to be that substitute counsel.  The substitution motion is the best way to ensure that the company has counsel if settlement talks fall apart, which is a very real possibility based on the hostility between the parties.
>>
>> Since the company does not agree with this course of action, my firm will file a motion to withdraw as counsel today; but note that this will leave the company without counsel of record in the case.
>>
>> There also is an injunction hearing set for 12/4/23 (which was continued from the original July 2023 date), which the other side will insist on holding going forward should the matter not settle.
>>
>> To be clear, my firm will not be doing any further work in this matter.  I will inform the other side of my firm's withdrawal and to expect that new counsel will reach out to him.
>>
>>
>> Paul Hammer
>>
>> Shareholder
>>
>>
>> Barron and Newburger, P.C.
>>
>> 5555 W. Loop South, Ste. 235
>>
>> Bellaire, Texas 77401
>>
>> (832) 271.4003 |Office
>>
>> (281) 840.1072 |Cell
>>
>> (512) 279.0310 |Fax
>>
>> phammer@bn-lawyers.com








This email is confidential.  If you are not the intended recipient, please advise by return email and delete this message, including all copies and backups.

**From:** Michael Stein <michael.jason.stein@gmail.com>
**Sent:** Tuesday, November 21, 2023 7:22 AM
**To:** Paul Hammer <phammer@bn-lawyers.com>; Ruth Berenstein <ruth.berenstein@generalhealthgroup.com>
**Cc:** Michael Stein <michael.stein@generalhealthgroup.com>
**Subject:** Re: Micheal Neret (Substitution Motion)

Hi Paul.

I've added Ruth to this email.  The company is not looking to substitute you out, rather it simply is looking to finalize the settlement and move forward.

On Mon, Nov 20, 2023 at 8:57 PM Paul Hammer <phammer@bn-lawyers.com> wrote:

> Mr. Stein –
>
> Attached is the substitution motion.  Please verify that the contact information for you is correct.  Please also provide your bar number to place within the motion. Please get this information back to me as soon as possible so that the motion can be filed tomorrow morning.
>
> Filing the motion ensures a smooth transition so that the defendants always have an attorney of record on file to receive notices in the case and to notify opposing counsel as to who he needs to communicate with going forward.
>
> I also include the latest draft of the settlement agreement received from opposing counsel today with his red-line changes.
>
> I am available to discuss at 11AM Pacific.  Please confirm that I may call you at that time.
>
> Regards,

**Paul Hammer**

**Shareholder**

Barron and Newburger, P.C.

5555 W. Loop South, Ste. 235

Bellaire, Texas 77401

(832) 271.4003 |Office

(281) 840.1072 |Cell

(512) 279.0310 |Fax

phammer@bn-lawyers.com

 

 



This email is confidential.  If you are not the intended recipient, please advise by return email and delete this message, including all copies and backups.

---

**From:** Michael Stein <michael.jason.stein@gmail.com>
**Sent:** Monday, November 20, 2023 5:56 PM
**To:** Paul Hammer <phammer@bn-lawyers.com>
**Cc:** Ruth Berenstein <ruth.berenstein@generalhealthgroup.com>; Michael Stein <michael.stein@generalhealthgroup.com>
**Subject:** Re: Micheal Neret

Hi Paul.

Its 415-238-6232.  I'm available for the next hour or so.

Tomorrow I will be available after 11 am Pacific Time with notice.

On Mon, Nov 20, 2023 at 3:03 PM Paul Hammer <phammer@bn-lawyers.com> wrote:

> Thanks.  I need to speak with Mr. Stein on an urgent basis.  What is his direct number?
>
> Paul J. Hammer
>
> Shareholder

Barron & Newburger, P.C.

5555 West Loop South, Suite 235

Bellaire, TX 77401

(832) 271.4003 | Office

(281) 840.1072 | Cell

(512) 279.0310 | Fax

phammer@bn-lawyers.com

www.bn-lawyers.com

https://www.linkedin.com/in/paulhammer1

**\*This email is confidential. Please delete if received in error\***

> On Nov 20, 2023, at 12:58 PM, Ruth Berenstein <ruth.berenstein@generalhealthgroup.com> wrote:
>
> Hi Paul,
>
> I hope you are well.
>
> I have cc'd our advisor Mr Stein on this email. Please coordinate with Mr Stein so that he may communicate with Noah and move things forward.

--

Michael Stein

M:  415-238-6232

Personal E-mail:  michael.jason.stein@gmail.com

--

Michael Stein

M:  415-238-6232

Personal E-mail:  michael.jason.stein@gmail.com

--
_____
Michael Stein
M:  415-238-6232
Personal E-mail:  michael.jason.stein@gmail.com



Ruth Berenstein <ruth.berenstein@generalhealthgroup.com>

## Fwd: Dr. Michel Neret MD v. General Health Group et al. - Settlement Agreement Draft
1 message

**Ruth Berenstein** <ruth.berenstein@generalhealthgroup.com>                                                      Tue, Nov 21, 2023 at 6:51 AM
To: Michael Stein <michael.jason.stein@gmail.com>, Michael Stein <michael.stein@generalhealthgroup.com>

Mr Stein,

Please see below email from Paul on Tuesday November 14th.

Once I sent the letter to Paul, he accepted the payment proposal and stated that he will be sending the final settlement agreement (which had basically no edits from our end except a few words) to the opposing counsel.

Now that hasn't been done and there is some 'imaginary' level of "hostility". This "hostility" only exists between Paul and himself within his own firm and has never been created by anyone here.

I think GHG has been very kind and patient with all the misleading invoices and lack of communication for the past 5-6 months. I will not allow small firms to continuously do as they like every time we get into a dispute with their local friends.

Please advise Paul that I will be drafting a report with all the emails and communications between GHG and B&N and will be sending that report to the State Bar and requesting an investigation for this concerning and suspicious behavior. I will have my assistant following up on this with the State Bar on a daily basis to ensure that this is done and this behavior does not occur with another potential client of this firm.

Perhaps at that point the state can point out these imaginary "hostilities" and get some explanations and notes regarding the "tens of hours" of work done on this matter.

---------- Forwarded message ---------
From: **Paul Hammer** <phammer@bn-lawyers.com>
Date: Tue, Nov 14, 2023 at 8:42 AM
Subject: RE: Dr. Michel Neret MD v. General Health Group et al. - Settlement Agreement Draft
To: Ruth Berenstein <ruth.berenstein@generalhealthgroup.com>


Good morning, Mrs. Berenstein –


Thanks for your message.  In the interests of resolving any disputes over the pending invoices, your payment proposal is accepted.  In doing so, no explanation or denial of wrongdoing included in the October letter is waived.


I will forward over the settlement agreement with your changes today to opposing counsel.  I will inform you if they have any comments or changes.


Regards,


**Paul Hammer**

**Shareholder**

Barron and Newburger, P.C.

5555 W. Loop South, Ste. 235

Bellaire, Texas 77401

(832) 271.4003 |Office

(281) 840.1072 |Cell

(512) 279.0310 |Fax

phammer@bn-lawyers.com



 

 

This email is confidential. If you are not the intended recipient, please advise by return email and delete this message, including all copies and backups.

---

**From:** Ruth Berenstein <ruth.berenstein@generalhealthgroup.com>
**Sent:** Monday, November 13, 2023 9:44 PM
**To:** Paul Hammer <phammer@bn-lawyers.com>
**Cc:** Ruth Berenstein <ruth.berenstein@generalhealthgroup.com>
**Subject:** Fwd: Dr. Michel Neret MD v. General Health Group et al. - Settlement Agreement Draft

Paul,

Please see attached letters in response to your case status on October 23rd.

CAUSE NO. 123111-CV

| | | |
|---|---|---|
| MICHEL NERET, MD | § | IN THE DISTRICT COURT |
| | § | |
| v. | § | |
| | § | |
| GENERALHEALTH GROUP, INC., | § | BRAZORIA COUNTY, TEXAS |
| MORDECAI GAL a/k/a MARK COHEN, | § | |
| LESLEY LOPEZ a/k/a RUTH | § | |
| BERENSTEIN, and GENERALHEALTH | § | |
| GROUP OF TEXAS, LLC | § | 412TH JUDICIAL DISTRICT |

**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL OF RECORD**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Paul J. Hammer of the law firm Barron & Newburger, P.C., attorney of record for Defendants General Health Care Group, Inc., General Health Group of Texas, LLC, and Ruth Berenstein, in the above-entitled and numbered cause, and files this Unopposed Motion to Withdraw as Counsel of record, and in support thereof would show the following:

**I.**

Defendants intend to retain/utilize, etc. other counsel in this matter effective immediately going forward.

**II.**

Defendants thus respectfully request that the Court allow its current counsel of record, Paul Hammer, Greg Siemankowski, and Charles Murnane of the law firm Barron & Newburger, P.C., leave to withdraw as counsel of record for Defendants. Defendants further request that said counsel and their law firm be relieved of all further duties and obligations in connection with this action.

**III.**

Defendants finally request that, until time when their new counsel of record appears in this matter, the District Clerk, Clerk of the Court, and all parties make note in their records of such withdrawal of counsel, and that all future pleadings, correspondence, court orders, and other

communications be sent/served to Defendants at the following contact information: <u>Mailing Address</u>: 244 5th Ave, New York, NY 10001; <u>Phone</u>: (646) 907-6299; <u>Email</u>: ruth.berenstein@generalhealthgroup.com. Defendants note that the parties are currently in settlement discussions. The only pending matter on this Court's docket is a trial set currently for December 4, 2023.

**IV.**

The relief requested herein has been discussed with Plaintiff's counsel, who does not oppose the same.

WHEREFORE, PREMISES CONSIDERED, it is respectfully requested that the Court enter an Order granting permission to Paul Hammer, Greg Siemankowski, and Charles Murnane of the law firm Barron and Newburger, P.C., to be withdrawn as counsel for Defendants, and that said attorneys and law firm be relieved of all further duties and obligations in connection with this action.

> Respectfully submitted,
>
> BARRON & NEWBURGER, P.C.
>
> BY: */s/ Paul Hammer*
> Paul Hammer
> Bar No. 24089307
> 7320 N. MoPac Expy., Suite 400
> Austin, Texas 78731
> Tel: (512) 649-3346
> phammer@bn-lawyers.com

**CERTIFICATE OF SERVICE**

This is to certify that on this the 21st day of November 2023, a true and correct copy of the above document has been forwarded to all counsel of record.

> */s/ Paul Hammer*
> Paul Hammer

CAUSE NO. 123111-CV

| | | |
|---|---|---|
| MICHEL NERET, MD | § | IN THE DISTRICT COURT |
| | § | |
| v. | § | |
| | § | |
| GENERALHEALTH GROUP, INC., | § | BRAZORIA COUNTY, TEXAS |
| MORDECAI GAL a/k/a MARK COHEN | § | |
| LESLEY LOPEZ a/k/a RUTH | § | |
| BERENSTEIN, and GENERALHEALTH | § | |
| GROUP OF TEXAS, LLC | § | 412TH JUDICIAL DISTRICT |

## ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW AS COUNSEL OF RECORD

**ON THIS DAY** came on to be heard the Unopposed Motion to Withdraw as Counsel of Record of Paul Hammer, Greg Siemankowski, and Charles Murnane of the law firm Barron & Newburger, P.C. The Court finds that such motion is meritorious and should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that Paul Hammer, Greg Siemankowsi, and Charles Murnane of the law firm of Barron & Newburger, P.C., be, and are hereby withdrawn, as attorneys of record for Ruth Berenstein, General Health Group of Texas, LLC, and General Health Group, Inc., Defendants herein, and that said counsel and law firm be, and, are hereby, relieved of all further duties and obligations in connection with this action.

Said Defendants may be served at:

>244 5th Ave.
>New York, NY 10001
>Email: ruth.berenstein@generalhealthgroup.com

SIGNED this _____ day of _____, 2023.

_____
JUDGE PRESIDING



Ruth Berenstein <ruth.berenstein@generalhealthgroup.com>

## Withdrawal Motion - Michel Neret
1 message

**Paul Hammer** <phammer@bn-lawyers.com>　　　　　　　　　　　　　　Wed, Nov 22, 2023 at 10:10 AM
To: Ruth Berenstein <ruth.berenstein@generalhealthgroup.com>
Cc: Michael Stein <michael.jason.stein@gmail.com>, Michael Stein <michael.stein@generalhealthgroup.com>

Attached is the withdrawal motion that was filed today.  I have provided Mr. Stein with Plaintiff's latest comments to the proposed settlement. Plaintiff's counsel is aware of the situation and awaits being contacted, whether it be by Mr. Stein or by other retained local counsel for the defendants.

Paul Hammer

Shareholder

Barron and Newburger, P.C.

5555 W. Loop South, Ste. 235

Bellaire, Texas 77401

(832) 271.4003 |Office

(281) 840.1072 |Cell

(512) 279.0310 |Fax

phammer@bn-lawyers.com

 

 



This email is confidential.  If you are not the intended recipient, please advise by return email and delete this message, including all copies and backups.

---

**2 attachments**

 **Withdrawl Motion - Order.pdf**
98K

**Withdrawl Motion.pdf**
117K



Ruth Berenstein <ruth.berenstein@generalhealthgroup.com>

# Invoice and Questions
1 message

**Ruth Berenstein** <ruth.berenstein@generalhealthgroup.com>  Fri, Aug 11, 2023 at 8:44 PM
To: Charles Murnane <CMurnane@bn-lawyers.com>
Cc: Ruth Berenstein <ruth.berenstein@generalhealthgroup.com>

Morning Charles,

I hope you're well.

Please see attached invoice for Michel Neret's practice. We also want to see a proof of payment for the $75,000 he kept hidden from us during the acquisition.

Please let Noah know that we are also going to notify all payers (insurance companies) that Michel Neret uses with regards to his fraudulent activity and are going to request audits from all of them for all the codes used.

We have emails ,texts and phone calls surrounding every line of this invoice.

On another very concerning note, we reviewed the new invoice (on August 2nd) and realized there has been more than 30 hours spent on this matter.

Quite frankly, that is a large amount of time in a matter that hasn't even started yet. We have written one very short response and have had 1 conversation with the opposing counsel as far I was told by yourself;

Please see attached invoice and have the team provide all documents requested and from the last invoice onwards, any conversation / meeting that exceeds 15 minutes, will need to have meeting notes and/or recordings for our internal legal team's review. This is to have a more transparent and long lasting relationship between our firms. Also, the 14 minute conversation with Paul still shows as 1.9 hours on the previous invoice.

Clearly the opposing side has provided nothing to their "scam" claims so I don't see any route for them except to pay our money and move forward with the rescission.
 or get exposed and sued as a fraudulent coder.

--



**Ruth Berenstein**
Managing Director
GeneralHealth Group, Inc

_____

(646) 907-6299

ruth.berenstein@generalhealthgroup.com

www.generalhealthgroup.com

---

**2 attachments**

 **General Health Group, Inc. - 99446 REVIEW-8-9-2023.docx**
46K

 **Neret Medical Clinic - Invoice - Invoice.pdf**
34K