Dear Mordecai Gal a/k/a Mark Cohen,

I represent Dr. Michel Neret. Please direct any and all communications regarding this matter to me.

On behalf of Dr. Michel Neret, **demand is made that you and your affiliates including but not limited to Lesly Lopez a/k/a Ruth Berenstein and GeneralHealth Group, Inc. refrain from further attempting to access or interfere with any accounts or other property of Dr. Neret's practice. Demand is also made that you return any and all funds and other property taken from GeneralHealth Group**.

It has come to Dr. Neret's attention that your purported entity is a sham and is not legally authorized to purchase, operate, or own a physician practice in the State of Texas. It has also come to his attention that you appear to be the Mordecai Gal referenced in the following link regarding a criminal matter in Ontario Canada: LINK.

The purported transaction with your sham entity is hereby rescinded.

Without waiver of the foregoing, if for some reason you claim that any of this information is incorrect, please provide your full name and home address and the full name and home address of Ms. Lopez and Ms. Berenstein, and a photograph of your driver's license, so that your identities can be verified.

Thank you,

**Noah Meek**

*Attorney*

**G K B K**

GAUNTT KOEN BINNEY & KIDD, LLP
SOLID PRINCIPLES | SOUND LEGAL SOLUTIONS

25700 I-45 North, Suite 130

Spring, TX 77386

Phone: (281) 367-6555

Direct: (832) 482-4459

Fax:    (281) 367-3705

Email: noah.meek@gkbklaw.com

Notice:  This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return email and promptly delete this e-mail, including attachments without reading or saving them in any manner.  The unauthorized use, dissemination, distribution or reproduction of this e-mail, including attachments, is prohibited.

--





Sender notified by
Mailtrack

--



**Ruth Berenstein**

Managing Director

GeneralHealth Group, Inc

(646) 907-6299

ruth.berenstein@generalhealthgroup.com

www.generalhealthgroup.com

## 2022  FLORIDA PROFIT CORPORATION ANNUAL REPORT

DOCUMENT# P20000092810

**Entity Name:** GENERALHEALTH GROUP INC.

**FILED**
**Mar 17, 2022**
**Secretary of State**
**4014288758CC**

**Current Principal  Place of Business:**

244 5TH AVE
L270
NEW YORK,  NY  10001

**Current Mailing Address:**

244 5TH AVE
L270
NEW YORK,  NY  10001  US

**FEI Number: 87-2189372**

**Certificate of Status Desired:** Yes

**Name and Address of Current Registered Agent:**

CAPITAL CORPORATE SERVICES, INC.
515 EAST PARK AVENUE2ND FL
TALLAHASSEE, FL  32301  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:   SADI BOYETTE                                                                03/17/2022

Electronic Signature of Registered Agent                                        Date

**Officer/Director Detail :**

| | |
|---|---|
| Title | MANAGING PRINCIPAL |
| Name | LOPEZ, LESLY |
| Address | L270-244 5TH AVENUE, MANHATTAN MANHATTAN |
| City-State-Zip: | NEW YORK  NY  10001 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: LESLY LOPEZ                                        MANAGING PRINCIPAL        03/17/2022

Electronic Signature of Signing Officer/Director Detail                                        Date

EXHIBIT 3

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Noah Meek on behalf of Noah Meek
Bar No. 24084554
noah.meek@gkbklaw.com
Envelope ID: 76056793
Filing Code Description: Original Petition (1-10 Plaintiffs) (OCA)
Filing Description: Plaintiff's Original Petition and Application for Injunctive Relief
Status as of 5/30/2023 10:04 AM CST

Associated Case Party: Michel Neret

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Noah Meek | | noah.meek@gkbklaw.com | 5/26/2023 2:31:29 PM | SENT |

Associated Case Party: Lesly Lopez

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Lesly Lopez | | ruth.berenstein@generalhealthgroup.com | 5/26/2023 2:31:29 PM | SENT |

 Gmail

**Ruth Berenstein <ruth.berenstein@generalhealthgroup.com>**

---

## RE: [External] Cease & Desist on Behalf of Michel Neret MD
1 message

---

**Noah Meek** <noah.meek@gkbklaw.com>                    Wed, May 24, 2023 at 9:15 PM
To: Ruth Berenstein <ruth.berenstein@generalhealthgroup.com>
Cc: Michael Neret <michelneret@usa.net>, "info@generalhealthgroup.com" <info@generalhealthgroup.com>

Ruth/Lesly,


You also go by or have gone by the name "Lesly Lopez," correct?


Please send receipts and invoices for any amounts that you are claiming to substantiate the alleged work done and any amounts allegedly paid.


Pursuant to Tex. Civ. Prac. & Rem. Code § 73, you are requested to retract any communications with any banks, vendors, or business associates of Dr. Neret or his practice described below or of the kind you reference having made below.



Thanks,


**Noah Meek**

***Attorney***





Email: noah.meek@gkbklaw.com


**From:** Ruth Berenstein <ruth.berenstein@generalhealthgroup.com>
**Sent:** Wednesday, May 24, 2023 10:22 AM
**To:** Noah Meek <noah.meek@gkbklaw.com>
**Cc:** Michael Neret <michelneret@usa.net>; info@generalhealthgroup.com
**Subject:** Re: [External] Cease & Desist on Behalf of Michel Neret MD


Noah,

I'm going to repeat once more for the record. Mark does not work with GHG anymore.

Former employees' information will not be disclosed. I think you are educated to know that no company would provide that especially with the profanity and slander and threats that Michael has made towards Mark via **text messages**.

Please see attached my passport. I do not see any reason or benefit as to my house address especially with Michael's recent erratic behavior;

On Wed, May 24, 2023 at 11:06 AM Noah Meek <noah.meek@gkbklaw.com> wrote:

> Ms. Lesly Lopez a/k/a Ruth Berenstein,
>
> If you claim that you are who you say you are, please provide your home address and a copy of your driver's license so that your identity can be verified.
>
> Additionally, please provide the full name and home address of "Mark (Moudry)."
>
> Thanks,
>
> **Noah Meek**
>
> *Attorney*
>
> 
>
> Email: noah.meek@gkbklaw.com
>
> **From:** Ruth Berenstein <ruth.berenstein@generalhealthgroup.com>
> **Sent:** Wednesday, May 24, 2023 10:00 AM
> **To:** Noah Meek <noah.meek@gkbklaw.com>
> **Cc:** Michael Neret <michelneret@usa.net>; info@generalhealthgroup.com
> **Subject:** Re: [External] Cease & Desist on Behalf of Michel Neret MD
>
> Hi Noah,
>
> Mark(Mordy) has been released of his duties and no longer works at GHG. You can direct all your communications to me.

I am not quite sure who you are referring to as a sham entity but perhaps doing some research on your end would help go a long way.

MG Neret was at a point of putting personal savings in to save his own practice because of his fraudulent coding tactics which was brought up to him at the beginning of this acquisition. Since the takeover, we increased the intake of the collections by more than 18% as its clear on the bank statements that we have with us. That is just **one** of the things we have done for the potential of the practice;

We are already discussing with USBank, IBC bank, and the government payer entities the fraudulent work that Michael has done over the past few years to ensure that this does not affect our integrity in any way shape or form. Thankfully we also have his forms for the past fraudulent coding work done and the letters sent by multiple entities to him to stop the work.

Unfortunately once our chairman (who was one of the originators of most of the unitedhealth programs that Dr Neret uses) called Dr Neret out on his scams and he was furious after this;

My marital name is not of your concern or Dr Neret as he was fully aware of this from the beginning (with multiple emails) what my pre-marital name was

We will not cease and desist. We demand all the money put into digital marketing work and the billing set up and work done which approximates about $15,000. We can either settle this between us or in front of an honorable judge. We are not in any way receding from this rightful transaction;

Please keep your emails free of accusations and with respect or they will not be replied to;

On Wed, May 24, 2023 at 10:51 AM Mark Cohen <mark.cohen@generalhealthgroup.com> wrote:

---------- Forwarded message ---------
From: **Noah Meek** <noah.meek@gkbklaw.com>
Date: Wed, May 24, 2023 at 10:50 AM
Subject: Cease & Desist on Behalf of Michel Neret MD
To: mark.cohen@generalhealthgroup.com <mark.cohen@generalhealthgroup.com>
Cc: info@generalhealthgroup.com <info@generalhealthgroup.com>, Michel <michelneret@usa.net>

Dear Mordecai Gal a/k/a Mark Cohen,

I represent Dr. Michel Neret. Please direct any and all communications regarding this matter to me.

On behalf of Dr. Michel Neret, **demand is made that you and your affiliates including but not limited to Lesly Lopez a/k/a Ruth Berenstein and GeneralHealth Group, Inc. refrain from further attempting to access or interfere with any accounts or other property of Dr. Neret's practice. Demand is also made that you return any and all funds and other property taken from GeneralHealth Group**.

It has come to Dr. Neret's attention that your purported entity is a sham and is not legally authorized to purchase, operate, or own a physician practice in the State of Texas. It has also come to his attention that you appear to be the Mordecai Gal referenced in the following link regarding a criminal matter in Ontario Canada: LINK.

The purported transaction with your sham entity is hereby rescinded.

Without waiver of the foregoing, if for some reason you claim that any of this information is incorrect, please provide your full name and home address and the full name and home address of Ms. Lopez and Ms. Berenstein, and a photograph of your driver's license, so that your identities can be verified.

Thank you,

**Noah Meek**

*Attorney*



25700 I-45 North, Suite 130

Spring, TX 77386

Phone: (281) 367-6555

Direct: (832) 482-4459

Fax:    (281) 367-3705

Email: noah.meek@gkbklaw.com

Notice:  This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return email and promptly delete this e-mail, including attachments without reading or saving them in any manner.  The unauthorized use, dissemination, distribution or reproduction of this e-mail, including attachments, is prohibited.

--




Sender notified by
Mailtrack

--



**Ruth Berenstein**

Managing Director

GeneralHealth Group, Inc

---

(646) 907-6299

ruth.berenstein@generalhealthgroup.com

www.generalhealthgroup.com

--



**Ruth Berenstein**

Managing Director

GeneralHealth Group, Inc

(646) 907-6299

ruth.berenstein@generalhealthgroup.com

www.generalhealthgroup.com

 Gmail

**Ruth Berenstein <ruth.berenstein@generalhealthgroup.com>**

## Re: Resignation
1 message

**James Bonnette** <jamescbonnette@icloud.com>                    Mon, Apr 17, 2023 at 10:18 PM
To: Mark Cohen <mark.cohen@generalhealthgroup.com>
Cc: Ruth Berenstein <ruth.berenstein@generalhealthgroup.com>

You could try these folks:



Healthcare Auditing Services
healthicity.com

James C Bonnette, MD

On Apr 17, 2023, at 11:37 AM, Mark Cohen <mark.cohen@generalhealthgroup.com> wrote:

Got it.

Any suggestions on any group / individual?

On Mon, Apr 17, 2023, 11:34 AM James Bonnette <jamescbonnette@icloud.com> wrote:
By owning the practice you are at risk. You need to do a compliance audit

James C Bonnette, MD

On Apr 17, 2023, at 11:30 AM, Mark Cohen <mark.cohen@generalhealthgroup.com> wrote:

That's concerning and thank you for bringing that up

Do you suggest to shut down until the matters are resolved?

On Mon, Apr 17, 2023, 11:06 AM James Bonnette <jamescbonnette@icloud.com> wrote:
The entire practice

James C Bonnette, MD

On Apr 17, 2023, at 10:55 AM, Mark Cohen <mark.cohen@generalhealthgroup.com> wrote:


Just understand the details so I can start an investigation. Are we talking about the WellMed contract? Or are we talking about the entire practice as a whole?

On Mon, Apr 17, 2023, 10:47 AM James Bonnette <jamescbonnette@icloud.com> wrote:
> My concerns are potential fraud related to services provided
>
> I cannot be associated in any way, shape or form with the practice in Texas

> On Apr 17, 2023, at 10:43 AM, Mark Cohen <mark.cohen@generalhealthgroup.com> wrote:
>
> Ok are there pointers you would like to highlight so that we can at least make sure we are going after and fixing them or is it just a generic statement you're making?
>
> On Mon, Apr 17, 2023, 10:41 AM James Bonnette <jamescbonnette@icloud.com> wrote:
>> Mark
>>
>> After the meeting in Texas, I cannot be associated with the company, due to my concerns about compliance
>>
>> Jim

>> On Apr 17, 2023, at 10:19 AM, Mark Cohen <mark.cohen@generalhealthgroup.com> wrote:
>>
>> Hi Dr Bonnette
>>
>> What are the outlines of these concerns?
>>
>> On Mon, Apr 17, 2023, 9:52 AM J CB <jamescbonnette@gmail.com> wrote:
>>> Ruth & Mark
>>>
>>> Due to my concerns about GHG, I am resigning from GHG effective as of today. I will not allow any use of my name in any way from today forward.
>>>
>>> Please remove my name for all documents and remove all references to me from all company materials and web publications
>>>
>>> Jim Bonnette





0000064 0000154 0003-0007

| | Electronic Activity | |
|---|---|---|
| | **Credits** | |
| Date | Description | Amount |
| 01/12 | | 100.37 |
| 01/12 | | 28.23 |
| 01/13 | | 3,308.78 |
| 01/13 | | 627.63 |
| 01/13 | | 425.27 |
| 01/13 | | 368.68 |
| 01/13 | | 299.39 |
| 01/13 | | 25.20 |
| 01/13 | | 14.51 |
| 01/13 | | 11.57 |
| 01/17 | | 1,129.01 |
| 01/17 | | 914.21 |
| 01/17 | | 840.92 |
| 01/17 | | 343.79 |
| 01/17 | | 258.30 |
| 01/17 | | 227.51 |
| 01/17 | | 94.50 |
| 01/17 | | 73.72 |
| 01/17 | | 67.70 |
| 01/17 | | 8.34 |
| 01/18 | | 1,460.08 |
| 01/18 | | 1,395.24 |
| 01/18 | | 340.80 |
| 01/18 | | 282.91 |
| 01/19 | | 1,740.97 |
| 01/19 | | 767.63 |
| 01/19 | | 230.91 |
| 01/19 | | 183.02 |
| 01/19 | | 155.64 |
| 01/19 | | 86.98 |
| 01/19 | | 48.07 |
| 01/20 | | 2,207.98 |
| 01/20 | | 1,261.93 |
| 01/20 | | 673.36 |
| 01/20 | | 274.53 |
| 01/20 | | 80.37 |
| 01/20 | | 13.12 |
| 01/23 | | 862.04 |
| 01/23 | | 692.81 |
| 01/23 | | 636.19 |
| 01/23 | | 572.78 |
| 01/23 | | 48.07 |
| 01/23 | | 4.00 |
| 01/24 | | 1,085.49 |
| 01/24 | | 876.10 |
| 01/24 | | 444.12 |
| 01/24 | | 105.56 |
| 01/24 | | 79.98 |
| 01/24 | | 54.73 |
| 01/24 | | 32.04 |
| 01/25 | | 574.06 |
| 01/25 | | 287.59 |
| 01/25 | | 124.36 |
| 01/25 | | 70.95 |
| 01/25 | | 44.66 |
| 01/25 | | 38.48 |
| 01/26 | Transfer Deposit FROM ACCOUNT XXXXXX9339 | 42,000.00 |
| 01/26 | | 1,443.19 |
| 01/26 | | 929.67 |
| 01/26 | | 758.65 |
| 01/26 | | 288.85 |
| 01/26 | | 284.53 |
| 01/26 | | 284.12 |



 **Ruth Berenstein <ruth.berenstein@generalhealthgroup.com>**

---

## Fwd: Old contracts
1 message

**Mark Cohen** <mark.cohen@generalhealthgroup.com>                                      Wed, Apr 12, 2023 at 2:15 AM
To: James Bonnette <jamescbonnette@gmail.com>, Ruth Berenstein <ruth.berenstein@generalhealthgroup.com>

---------- Forwarded message ---------
From: **Brenda Waddy** <bwaddy16@gmail.com>
Date: Wed, Mar 15, 2023 at 10:38 PM
Subject: Re: Old contracts
To: Mark Cohen <mark.cohen@generalhealthgroup.com>

Hi Mark,

Attached is the Wellmed contract for Dr. Neret and I also attached the recoupment letter and termination letter that Wellmed sent us.

Thank you,
Brenda Waddy
Office Manager

1809 Merlin Street        54 Flag Lake Plaza

Bay City, TX 77414 Lake Jackson, TX 77566

979-244-2007
979-244-1991 Fax
www.neretmedical.com

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error, please notify the system manager. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of the organization. Finally, the recipient should check this email and any attachments for the presence of viruses. The organization accepts no liability for any damage caused by any virus transmitted by this email.

On Mar 15, 2023, at 6:27 PM, Mark Cohen <mark.cohen@generalhealthgroup.com> wrote:

Hi Brenda,

Can you share a copy of the Wellmed contract with Dr Neret?

The one that used to pay a lot then suddenly stopped;



**Mark Cohen**

Operations & Strategy Director

GeneralHealth Group Inc

917-789-5058

mark.cohen@generalhealthgroup.com

www.generalhealthgroup.com

244 5th Ave, New York, NY 10001, United States

 Sender notified by
Mailtrack

 Sender notified by
Mailtrack

**6 attachments**

 **uc.jpeg**
8K

**Agreement with WellMed Networks Inc.pdf**
5846K

**Credentialing Approval Letter.pdf**
240K

**Recoupe Letter WellMed.pdf**
1522K

**WellMed Repayment Letter.pdf**
897K

**WellMed Termination Letter.pdf**
292K



**WELLMED**
NETWORKS, INC.

8637 Fredericksburg Road, Suite 360
San Antonio, Texas 78240

**VIA: Fedex Tracking Number:**
**7748 2598 0487**

September 28, 2021

**Michael G. Neret, MD**
1809 Merlin Street,
Bay City, TX 77414

RE:    Termination of the Group Primary Care Physician Agreement, by and between
       WellMed Networks, Inc. ("WNI") and Michael G. Neret, MD ("Group") dated as of
       August 1, 2021 (the "Agreement").

Dear Group:

Pursuant to Section 5.02.1 (c) of the Agreement, this letter serves as written notice of
WNI's election to terminate the Agreement, without cause, effective as of January 1, 2022
(the "Termination Date"). Although the Agreement will terminate on such date, please
note the continuation of care obligations set forth in Section 5.03 of the Agreement.

WNI will take responsibility for notifying the enrollees and other providers of this change.
In consideration of our mutual desire to act in the best interests of the enrollees, we greatly
appreciate your cooperation and willingness in helping us make this transition of care as
effortless as possible.

We have appreciated having the opportunity to work with you to date and wish you well
in your future endeavors.

Please feel free to contact Brittney E. Powlesson, at (763) 361-6552, if you have any
questions or concerns regarding the foregoing.

Sincerely,

_Kenneth Havel (Sep 29, 2021 09:51 CDT)_

Kenneth Havel
Sr. VP, Shared Services, Network Management and Network Development


Enclosures:  Page 1 of the Agreement
             Execution Letter

July 28th, 2021

Michael G. Neret M.D.
1809 Merlin St.
Bay City , TX 77414

Re: Group Primary Care Physician Agreement

Dear Provider,

      Enclosed, please find your copy of Group Primary Care Physician Agreement with WellMed Networks Inc ("WNI"), effective **August 1st, 2021**. If you should have any questions, feel free to contact your market representative.

Thank you again for participating in our network.


Sincerely,

Joe Gallegos
Contract Specialist

Enclosure



April 8, 2022

Michael Neret, MD
P.O. Box 86
Bay City, TX  77414-0086

ATTN: Accounts Payable

Dear Provider,

WellMed Medical Management processes and pays claims for members enrolled in Medicare Advantage plans. WellMed is required by the Centers for Medicare & Medicaid Services (CMS) to analyze claims payment data in order to identify areas with the greatest risk of inappropriate program payment. Specifically, WellMed is required to investigate situations of potential fraud, waste, and abuse.

Your practice has been referred to the Payment Integrity division due to concerns with your billing practices. Specifically, we have noted inappropriate billing pertaining to manipulated amniotic and/or placental tissue biologics. These are experimental exosome biologic products that have not been proven to be safe and effective for any medical use. Under Section 1862(a)(1)(E) of the Social Security Act, per the Food and Drug Administration (FDA), these products may only be provided within approved investigational new drug (IND) trials.

Please refer to the FDA's Tissue Reference Group (TRG) or the FDA's Office of Combination Products to obtain written feedback regarding how the product is appropriately regulated. You may find additional information from the FDA at the references listed below.

You are receiving this notice of an overpayment letter as an impacted provider. The total overpayment amount due is **$6,965.00.** The claims concerning manipulated amniotic and/or placental tissue biologics for dates of service on or after December 6, 2019, shall be denied. Auto recoupment of this overpayment has been set. If you prefer to make the refund by check instead, please advise this office immediately and send your overpayment to:

WellMed Medical Management

Attn: Payment Integrity Team
12459 Network Blvd, Suite 101
San Antonio, TX 78249

If you have filed a bankruptcy petition or are involved in a bankruptcy proceeding, Medicare financial obligations will be resolved in accordance with the applicable bankruptcy process. Accordingly, we request that you immediately notify us about this bankruptcy so that we may

Confidentiality Notice: This communication and any attachments may contain privileged or other confidential information protected by HIPAA legislation (45 CFR, Parts 160 and 164), Section 13402 of Title XIII (Health Information Technology for Economic and Clinical Health Act) of the American Recovery and Reinvestment Act of 2009, and additional state and federal privacy and security laws. If you are not the intended recipient or believe that you have received this communication in error, please do not print, copy, retransmit, disseminate, or otherwise use the information and notify the Compliance Department at (210) 617-4736 or Compliance@WellMed.net so that we can arrange for destruction or return to us at no cost to you.



coordinate with both the Centers for Medicare & Medicaid Services and the Department of Justice so as to assure that we handle your situation properly. If possible, when notifying us about the bankruptcy, please include the name the bankruptcy is filed under and the district where the bankruptcy is filed.

Title XVIII of the Social Security Act, 1862(a) (1) (A) states that no Medicare payment shall be made for items or services which are not reasonable and necessary for the diagnosis or treatment of illness or injury.

Providers are responsible for being aware of correct claim filing procedures and must use care when billing and accepting payment.  In this situation, you billed and/or received payment for services you should have known you were not entitled to. It is illegal to submit claims for payment to Medicare that you know or should know are false or fraudulent—False Claims Act (FCA), 31 U.S.C. §§ 3729 – 3733.

Effective 3/20/2021, WellMed is offering a claims portal tool. The portal may be accessed using this link: https://americas.pch.global/PCHGlobal/wedsite/Signin.aspx

Follow the link on the home page to register for an account if you do not already have one. Once you have created an account, select WellMed Upload from the submission menu to submit your request.

If you have any questions regarding these matters, please contact Payment Integrity at the address listed above, or at pi_comms@wellmed.net.  Your prompt attention to this matter is greatly appreciated.

Sincerely,

WellMed Medical Management
Payment Integrity Team


FDA References:

FDA U.S. Food & Drug Administration December 6, 2019 Public Safety Notification on Exosome Products      https://www.fda.gov/vaccines-blood-biologics/safety-availability-biologics/public-safety-notification-exosome-products

FDA U.S. Food & Drug Administration July 22, 2020 Consumer Alert on Regenerative Medicine Products Including Stem Cells and Exosomes    https://www.fda.gov/vaccines-blood-biologics/consumers-biologics/consumer-alert-regenerative-medicine-products-including-stem-cells-and-exosomes

FDA U.S. Food & Drug Administration June 3, 2021 Important Patient and Consumer Information About Regenerative Medicine Therapies    https://www.fda.gov/vaccines-blood-biologics/consumers-biologics/important-patient-and-consumer-information-about-regenerative-medicine-therapies

Confidentiality Notice: This communication and any attachments may contain privileged or other confidential information protected by HIPAA legislation (45 CFR, Parts 160 and 164), Section 13402 of Title XIII (Health Information Technology for Economic and Clinical Health Act) of the American Recovery and Reinvestment Act of 2009, and additional state and federal privacy and security laws. If you are not the intended recipient or believe that you have received this communication in error, please do not print, copy, retransmit, disseminate, or otherwise use the information and notify the Compliance Department at (210) 617-4736 or Compliance@WellMed.net so that we can arrange for destruction or return to us at no cost to you.