# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207–1 | User: admin | Date Created: 11/13/2024 |
| Case: 1–24–43220–ess | Form ID: 318DI7 | Total: 18 |

**Recipients of Notice of Electronic Filing:**
tr            Gregory Messer         gremesser@aol.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db            Ruth Berenstein          432 Suydam Street          Brooklyn, NY 11237
smg           NYS Department of Taxation & Finance          Bankruptcy Unit          PO Box 5300          Albany, NY 12205
smg           NYC Department of Finance          345 Adams Street          Office of Legal Affairs          Brooklyn, NY 11201–3719
smg           NYS Unemployment Insurance          Attn: Insolvency Unit          Bldg. #12, Room 256          Albany, NY 12240
smg           Office of the United States Trustee          Eastern District of NY (Brooklyn)          Alexander Hamilton Custom House          One Bowling Green, Room 510          New York, NY 10004–1408
10378027      CAPONE          PO BOX 71083          CHARLOTTE, NC 28272–1083
10378028      CCS COLLECTIONS          725 CANTON STREET          NORWOOD, MA 02062
10378029      CHASE BANK          P.O. BOX 734007          DALLAS, TX 75373–4007
10378030      DUKE ENERGY          526 SOUTH CHURCH STREET          CHARLOTTE, NC 28202
10378031      FORD MOTOR CREDIT          P.O. BOX 542000 OMAHA          OMAHA, NE 68154
10380472      Ford Motor Credit Company, LLC          AIS Portfolio Services, LLC          4515 N Santa Fe Ave. Dept. APS          Oklahoma City, OK 73118
10378032      GKBK THE WOODLANDS TX          25700 INTERSTATE 45 NORTH          SPRING, TX 77386
10378033      IRS          P.O. BOX 1302.          CHARLOTTE, NC 28201
10378034      MITCHELL J. MAGID, DMD, P.C.,          1612 GRAVES MILL ROAD          LYNCHBURG, VA 24502
10378035      MITCHELL MAGID DMD PC          1612 GRAVES MILL ROAD          LYNCHBURG, VA 24502
10384385      Michael Neret, MD          25700 I–45 North, Suite 130          Spring, TX 77386
10378036      NOAH MEEK          25700 INTERSTATE 45 NORTH          SUITE 130          SPRING, TX 77386

TOTAL: 17