United States Bankruptcy Court
Eastern District of New York

In re:                                                                                                                                                               Case No. 24-43220-ess
Ruth Berenstein                                                                                                                    Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0207-1                                   User: admin                                       Page 1 of 2
Date Rcvd: Nov 13, 2024                            Form ID: 318DI7                                   Total Noticed: 17

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ruth Berenstein, 432 Suydam Street, Brooklyn, NY 11237-3459 |
| 10378029 | | CHASE BANK, P.O. BOX 734007, DALLAS, TX 75373-4007 |
| 10378032 | + | GKBK THE WOODLANDS TX, 25700 INTERSTATE 45 NORTH, SPRING, TX 77386-1364 |
| 10378034 | + | MITCHELL J. MAGID, DMD, P.C.,, 1612 GRAVES MILL ROAD, LYNCHBURG, VA 24502-4329 |
| 10378035 | + | MITCHELL MAGID DMD PC, 1612 GRAVES MILL ROAD, LYNCHBURG, VA 24502-4329 |
| 10384385 | | Michael Neret, MD, 25700 I-45 North, Suite 130, Spring, TX 77386 |
| 10378036 | + | NOAH MEEK, 25700 INTERSTATE 45 NORTH, SUITE 130, SPRING, TX 77386-4702 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: USCOURTSEBN@finance.nyc.gov | Nov 13 2024 18:18:00 | NYC Department of Finance, 345 Adams Street, Office of Legal Affairs, Brooklyn, NY 11201-3739 |
| smg | + | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Nov 13 2024 18:18:00 | NYS Department of Taxation & Finance, Bankruptcy Unit, PO Box 5300, Albany, NY 12205-0300 |
| smg | + | Email/Text: labor.sm.ui.bankruptcy@labor.ny.gov | Nov 13 2024 18:18:00 | NYS Unemployment Insurance, Attn: Insolvency Unit, Bldg. #12, Room 256, Albany, NY 12240-0001 |
| smg | + | Email/Text: ustpregion02.br.ecf@usdoj.gov | Nov 13 2024 18:18:00 | Office of the United States Trustee, Eastern District of NY (Brooklyn), Alexander Hamilton Custom House, One Bowling Green, Room 510, New York, NY 10004-1415 |
| 10378027 | | EDI: CAPITALONE.COM | Nov 13 2024 23:16:00 | CAPONE, PO BOX 71083, CHARLOTTE, NC 28272-1083 |
| 10378028 | + | EDI: CCS.COM | Nov 13 2024 23:16:00 | CCS COLLECTIONS, 725 CANTON STREET, NORWOOD, MA 02062-2679 |
| 10378030 | + | Email/Text: lynn.colombo@duke-energy.com | Nov 13 2024 18:18:00 | DUKE ENERGY, 526 SOUTH CHURCH STREET, CHARLOTTE, NC 28202-1802 |
| 10378031 | + | Email/Text: EBNBKNOT@ford.com | Nov 13 2024 18:18:00 | FORD MOTOR CREDIT, P.O. BOX 542000 OMAHA, OMAHA, NE 68154-8000 |
| 10380472 | + | EDI: AISACG.COM | Nov 13 2024 23:16:00 | Ford Motor Credit Company, LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 10378033 | + | EDI: IRS.COM | Nov 13 2024 23:16:00 | IRS, P.O. BOX 1302., CHARLOTTE, NC 28201-1302 |

TOTAL: 10

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

| District/off: 0207-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 13, 2024 | Form ID: 318DI7 | Total Noticed: 17 |

**preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2024         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Gregory Messer | gremesser@aol.com  lduc@aol.com,gmesser@messer-law.com,mwilliams@messer-law.com,ny54@ecfcbis.com |
| Office of the United States Trustee | USTPRegion02.BR.ECF@usdoj.gov |

TOTAL: 2

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Ruth Berenstein<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–0293<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   Eastern District of New York | | |
| Case number:   1–24–43220–ess | | |

# Order of Discharge                                                                12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Ruth Berenstein
aka Lesly Donahy Gonzalez Lopez

11/13/24                                     **By the court:** Elizabeth S. Stong
                                                                  United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**